B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Utah

In re    **Weslie Tomlin**      Case No. _____

                   Debtor(s)      Chapter    **13** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$45,497.00** | **2014: Debtor Employment Income** |
| **$38,504.00** | **2013: Debtor Employment Income** |
| **$22,677.00** | **2015 YTD: Debtor Employment Income** |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,780.00** | **2015 YTD: Debtor Child Support** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| $6,480.00 | 2014: Debtor Child Support |
| $6,480.00 | 2013: Debtor Child Support |

---

**3. Payments to creditors**

None ☐    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Goldenwest Credit Union P.O. Box 1111 Ogden, UT 84402** | **July, 2015** | **$2,034.00** | **$0.00** |

None ■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Loans for Less 3901 Riverdale Rd. S. Ogden, UT 84405** | **Judgment** | **South Ogden Judicial District Weber County** | **Judgment** |
| **Money 4  You #3 4876 S 1900 W Roy UT 84067** | **Garnishment** | **Weber County** | **Judgment** |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

None ☐ ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None ☐ ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None ☐ ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐ ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None ☐ ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None ☐ ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Bankruptcy Firm**<br>**4850 Harrison Blvd., Suite 1**<br>**Ogden, UT 84403** | | **310 filing fee** |
| **Credit InfoNet**<br>**4540 Honeywell Court**<br>**Dayton, OH 45424** | **6/9/15** | **$20  Credit Reports** |
| **Abacus Credit Counseling**<br>**P.O. Box 261176**<br>**Encino, CA 91436** | | **$25  Credit Counseling** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Goldenwest Credit Union**<br>**P.O. Box 1111**<br>**Ogden, UT 84402** | **Checking Account** | **July 2015 Negative** |

B7 (Official Form 7) (04/13)
5

## 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
| --- | --- |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
| --- | --- |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

| None ■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
| --- | --- |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
| --- | --- |

| NAME | ADDRESS |
| --- | --- |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 21, 2015**                Signature   **/s/ Weslie Tomlin**

**Weslie Tomlin**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Utah

In re   **Weslie Tomlin**
_____ ,
Debtor

Case No. _____

Chapter _____ **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 156,701.00 | | |
| B - Personal Property | Yes | 21 | 8,208.92 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 143,340.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 2,834.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 50,757.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 3,420.62 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,155.62 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 164,909.92 | | |
| Total Liabilities | | | | 196,931.82 | |

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Utah

In re    **Weslie Tomlin**                                                         ,        Case No. _____

                                          Debtor

                                                                              Chapter _____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,834.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 2,834.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,420.62 |
| Average Expenses (from Schedule J, Line 22) | 3,155.62 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 4,661.71 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,834.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 50,757.82 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 50,757.82 |

B6A (Official Form 6A) (12/07)

In re __**Weslie Tomlin**_____,   Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4077 West 4650 South, Roy UT 84067** | **Fee Simple** | - | **156,701.00** | **137,242.00** |

| | | | Sub-Total > | **156,701.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **156,701.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy



**WEBER COUNTY**

*Office of the Treasurer*
**JOHN B. BOND, MBA**
Treasurer of Weber County
2380 Washington Blvd. • Suite 350
Ogden, Utah 84401

Office Hours:
8:00 am - 5:00 PM
Monday through Friday
Phone: 801-399-8454

Holiday Closures:
Tues. Nov. 11; Veterans Day
Thurs. & Fri. Nov. 27 & 28;
Thanksgiving

# 2014
## TAX NOTICE

**Did You Know?**

You can use the Internet to confirm that your taxes
have been paid!

Step 1. Log on at: www.co.weber.ut.us/treasurer
Step 2. Type in your parcel number:

**08-355-0025**

*08-355-0025*

0006632   01 AV 0.378  **AUTO   3 0 0902 84067-874077   -C01-P066384

**TOMLIN, WESLIE**

4077 W 4650 S
ROY UT 84067-8740

## Taxes are due:
## December 1, 2014

Your tax information has been sent to your mortgage company. They notified us of their intent to pay your taxes.
Check our website after Nov. 21, 2014 to verify your taxes have been posted at: www.co.weber.ut.us/treasurer.

## Classification of Property:

(P)  Primary Residence - Taxed at 55% of Market Value.
Property used as a full time residential dwelling receives this exemption.
(See Below)

(NP)  Non-Primary Property - Taxed at 100% of Market Value.
Property receives no residential exemption since it is not used as a
primary residence.

PAGE 001 of 001

### 2014 PROPERTY TAX NOTICE

| CLASSIFICATION OF PROPERTY | MARKET VALUE | TAXABLE VALUE | TAX UNIT | PROPERTY OWNER'S NAME | PARCEL NUMBER |
|---|---|---|---|---|---|
| RESIDENTIAL LAND W/BUILDING (P) | 156,701 | 86,185 | 353 | TOMLIN, WESLIE | **08-355-0025** |

| TAXING ENTITIES | TOTAL VALUES | 156,701 | 86,185 | | | |
|---|---|---|---|---|---|---|

| | TAX RATE | AMOUNT |
|---|---|---|
| **Weber County Funds:** | | |
| Weber County General Fund | 0.002033 | 175.21 |
| Weber County G O Bond Fund | 0.000302 | 26.03 |
| Library | 0.000662 | 57.05 |
| Weber / Morgan Health | 0.000125 | 10.77 |
| Paramedic Fund | 0.000222 | 19.13 |
| Assess & Collect / County | 0.000354 | 30.51 |
| **Other Entities:** | | |
| Weber School District | 0.005107 | 440.15 |
| Statewide School Basic Levy | 0.001419 | 122.30 |
| Roy City | 0.002285 | 196.93 |
| Weber Basin Water - General | 0.000199 | 17.15 |
| Roy Water Conservancy Distr | 0.000101 | 8.70 |
| Mosquito Abatement Distr | 0.000141 | 12.15 |
| Assess & Collect / State | 0.000013 | 1.12 |
| Weber Area 911 And Em Serv | 0.000303 | 26.11 |

| TAXABLE VALUE | X | TAX RATE | = | |
|---|---|---|---|---|
| 86,185 | | 0.013266 | | 1,143.33 |

**OTHER CHARGES AND PAYMENTS**

| Roy Secondary Water | 183.77 |
|---|---|

| PROPERTY LOCATION | TOTAL TAX CHARGE | 0.013266 | 1,143.33 |
|---|---|---|---|
| 4077 W 4650 S | | | |

| AMOUNT DUE | 1,327.10 |
|---|---|

THIS MAY NOT BE A COMPLETE LEGAL DESCRIPTION

AT THEIR REQUEST, A TAX BILL HAS BEEN SENT TO:
**RESURGENT CAPITAL SERVICES**

**Interested in who decides how your taxes are spent?**
Go to our website: http://www.co.weber.ut.us/treasurer
Click on: "Who Decides How Your Taxes Are Spent?"

0902-01-00-0006632-0001-0006822

Note: We have sent your mortgage company your tax information. They notified us of their intent to pay your taxes. The name of your mortgage company is found on the front page of this notice under the "Amount Due". This notice is for your information only. To save expenses, we have not included a payment stub or payment envelope.

### If you are paying these taxes yourself, please submit payment as directed below.

### ** Payment Choices **

#### 1. Pay By Mail:

► Send your payment to: Weber County Treasurer, P.O. Box 3308, Ogden, Utah 84409-1308.
► Mail payments must be postmarked by the U.S. Postal Service on or before December 1, 2014.
► Please include your parcel number on your check.
► Your cancelled check will be your receipt.
► Payment of property taxes may be made with check or money order in U.S. exchange only. *Please do not send cash.*

#### 2. Pay On-Line:

► Go to: www.co.weber.ut.us/treasurer
► Credit Cards: a processing fee of 2.45% will be charged by Forte Payments Corp.
► VISA Debit Cards: a processing fee of $3.95 will be charged, for any amount paid. VISA Debit cards only.
► E-Checks: No fee charged.

#### 3. Pay at Weber County Treasurer's Office:

► Bring tax notice to the Weber County Treasurer's office, 2380 Washington Blvd., Suite 350, Ogden.
► We accept cash, checks and money orders.
► We accept credit cards. A processing fee of 2.45% will be charged by Forte Payments Corp.
► VISA Debit Cards: a processing fee of $3.95 will be charged, for any amount paid. VISA Debit cards only.

#### Delinquencies:

► Taxes are delinquent after December 1, 2014 and must include a penalty.
► The penalty for 2014 delinquent taxes is the greater of 2.5% or $10 for each parcel. The penalty will be reduced to the greater of 1% or $10 if all 2014 delinquent taxes and the 1% penalty are paid on or before January 31, 2015.
► If 2014 taxes are not paid on or before January 31, 2015, interest is charged from January 1, 2015 at the rate defined by Utah State statute 59-2-1331.
► A mandatory $20 fee will be assessed for returned checks.



#### Public Hearing Schedule for the 2015 Budget

| Entity: | Phone No.: | Hearing Address: | Hearing Date: | Time: |
|---|---|---|---|---|
| Ben Lomond Cemetery Maintenance District | 801-782-5032 | 526 E. 2850 N., North Ogden | 3 December | 12:00 pm |
| Bona Vista Water | 801-621-0474 | 2020 W. 1300 N., Farr West | 8 December | 6:00 pm |
| Central Weber Sewer | 801-731-3011 | 2618 W. Pioneer Road, Marriott-Slaterville | 15 December | 6:00 pm |
| Eden Cemetery | 801-745-9680 | 6197 E. 2100 N., Eden | 5 November | 8:00 pm |
| Hooper Water Improvement | 801-985-1991 | 5555 W. 5500 S., Hooper | 9 December | 6:30 pm |
| Liberty Cemetery | 801-745-3677 | 2755 N. Hwy 162, Eden/Snowcrest Jr. High | 11 December | 6:00 pm |
| Liberty Park | 801-745-3731 | 2755 N. Hwy 162, Eden/Snowcrest Jr. High | 18 December | 6:30 pm |
| North Davis Sewer District | 801-825-0712 | 4252 W. 2200 S., Syracuse | 11 December | 6:00 pm |
| Plain City Cemetery | 801-643-3449 | 4160 W. 2200 N., Plain City (City Hall) | 11 December | 7:00 pm |
| Powder Mountain Water & Sewer District | 801-745-0924 | 2380 Washington Blvd. (Commission Room, #105) | 6 November | 6:00 pm |
| Roy Water Direct/Conservancy District | 801-825-9744 | 5440 S. Freeway Park Dr., Riverdale | 10 December | 6:00 pm |
| Uintah Highlands Water | 801-476-0945 | 2401 E. 6175 S., Ogden | 11 December | 6:00 pm |
| Warren-Warren Water Cemetery | 801-731-3353 | 5544 W. 1400 N., Warren | 4 November | 7:00 pm |
| Weber County Corporation | 801-399-8406 | 2380 Wash. Blvd., Ogden (Commission Chambers) | 25 November | 6:00 pm |
| Weber Fire District | 801-782-3580 | 2023 W. 1300 N., Farr West | 9 December | 6:00 pm |
| Weber Mosquito Abatement | 801-392-1630 | 505 W. 12th Street, Ogden | 8 December | 6:00 pm |
| West Warren-Warren Water Improvement | 801-731-1702 | 5783 W. 950 N., Warren | 2 December | 7:00 pm |
| West Weber-Taylor Cemetery | 801-731-1759 | 4100 W. 900 S., West Weber | 20 November | 7:00 pm |

## FOR YOUR INFORMATION:

► **FAILURE TO RECEIVE TAX NOTICE DOES NOT EXCUSE PENALTY OR INTEREST.**
The Office of the Treasurer is not responsible if you pay taxes by mistake on property other than your own. Newly purchased property is the tax responsibility of the buyer. If this property was subdivided or combined, other delinquencies may apply which do not appear on this notice.

► **WEBER COUNTY ASSESSOR - REAPPRAISAL.** To develop fair and equitable property values, the Assessor is conducting a county-wide reappraisal. Your property may be subject to reappraisal in 2015, as per U.C.A. 59-2-303.1. If you have any questions regarding property value, please call the Assessor at 801-399-8572. Thank you.

► **The County Treasurer only "collects" taxes,** and does not assess property value, set tax rates or grant exemptions.

► **RELIEF PROGRAMS:** If you are age 66 or older or a widow/widower with 2013 income less than $31,208, you may be eligible for property tax abatement (Circuit Breaker). If you have not already applied for 2014, application forms are available at the Weber County Clerk/Auditor's Office and must be submitted to that office by December 31, 2014. You may also contact that office for Disabled Veteran, Blind Exemption or Hardship Program information at 801-399-8400.

0902-01-00-0006632-0001-0006822

B6B (Official Form 6B) (12/07)

In re     **Weslie Tomlin**                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking** | - | 110.92 |
| | | **Goldenwest Checking** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator, washer, dryer, stove, microwave, beds and bedding and provisions for not more than one year** | J | 675.00 |
| | | **Couch, TV, DVD, 2 lamps, 2 end tables, coffee table** | J | 375.00 |
| | | **Kitchen Table, Chairs** | J | 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          1,310.92
(Total of this page)

**2**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Weslie Tomlin**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TSP, not property of the estate** | **-** | **800.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            **800.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Weslie Tomlin** _____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford 500** | - | 6,098.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 dogs** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 6,098.00 |
| Total > | 8,208.92 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)





Search

Use up and down arrows to navigate suggestions. | Search |     Product Search

Sign Off | Home | Locations | Contact Us | Español | Online Security Guarantee

| Wells Fargo Online |

Accounts  Bill Pay  Transfers  Brokerage  Account Services  Messages & Alerts  Products & Offers
Account Summary  Account Activity  My Money Map  Statements & Documents

# Account Activity  **Set your overdraft services preference today**

For optimal viewing of the Wells Fargo Web site, we recommend that you enable CSS.

Account  | EVERYDAY CHECKING XXXXXX4989 ▼ |  Go
ShowAccount and Routing Numbers
EVERYDAY CHECKING XXXXXX4989
Help
Print this page

**Account Information**

- Wells Fargo Everyday Checking
- Create Nickname
- View Account Profile
- View Debit Card Profile
- View Monthly Service Fee

Weslie,
Build credit history with a Wells Fargo Secured Card. Learn More.

**I Want To ...**

- [View Online Statements](#)
- [View Tax Documents](#)
- [Dispute a Transaction](#)
- [View Spending Report](#)
- [View Fees And Information](#)
- [Order Checks & Deposit Tickets](#)

- Try it! Add and pay *WF SurePay*<sup>SM</sup> payees, right from your smartphone. [Learn More](#)

- Try It! Make transfers between Wells Fargo and your accounts at other banks. [Learn More](#)

- New! Debit and credit card cardholders, notify us online of future travel. [Learn More](#)

Money management. Online tools to help families on the go. Learn More.

## Activity Summary

| | |
|---|---|
| **Current Posted Balance** | $178.87 |
| **Pending Withdrawals/ Debits** | -$67.95 |
| **Pending Deposits/ Credits** | $0.00 |
| **Available Balance( Learn More )** | $110.92 |

## Additional Services

- [Manage Your Card Alerts](#)
- [Add Bill Pay](#)
- [Set Up Overdraft Services](#)

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

[Download Account Activity](#)

## Transactions

- Selected Tab Show Transactions
- Find Transactions Unselected Tab [Find Transactions](#)

Show:   for   Last 90 Days

Show: [All Transactions with Balances ▼] for [Last 90 Days ▼] [Go]

[Set Default View](#)

< Previous | 1 | **2** | [Next >](#)

Beginning of Dispute Dialog content

### File a dispute online

Questions about this transaction? Feel there's been an error? [File a dispute](#).

### Have a dispute already in process?

**Report a lost or stolen card**
Please call us 24 hours a day, 7 days a week at 1-800-TO-WELLS (1-800-869-3557).

Remember, you're covered by Zero Liability protection, which means you won't be held responsible for unauthorized transactions if you report them promptly. Please see your applicable Wells Fargo account agreement for more information on liability for unauthorized transactions.

End of Dispute Dialog content

| Date [Descending sort indicator] | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change ( **Learn More** ) | | | |
| 07/21/15 | PURCHASE ROCKY MOUNTA 888 221 7070 OR CARD0738 | | $67.95 | |
| | **Posted Transactions** | | | |
| 07/20/15 | Expand Transaction 1 with description : WITHDRAWAL MADE IN A BRANCH/STORE WITHDRAWAL MADE IN A BRANCH/STORE | | $60.00 | $178.87 |
| 07/20/15 | Expand Transaction 2 with description : WITHDRAWAL MADE IN A BRANCH/STORE WITHDRAWAL MADE IN A BRANCH/STORE | | $1,000.00 | |
| 07/20/15 | Expand Transaction 3 with description : PURCHASE AUTHORIZED ON 07/19 KENT'S FOODS ROY UT P00385200858393257 CARD 0738 PURCHASE AUTHORIZED ON 07/19 KENT'S FOODS ROY UT P00385200858393257 CARD 0738 | | $74.95 | |
| 07/20/15 | Expand Transaction 4 with description : PURCHASE AUTHORIZED ON 07/18 KENT'S FOODS ROY UT P00385199828821345 CARD 0738 PURCHASE AUTHORIZED ON 07/18 KENT'S FOODS ROY UT P00385199828821345 CARD 0738 | | $23.79 | |
| 07/20/15 | Expand Transaction 5 with description : PURCHASE AUTHORIZED ON 07/18 TRIPLE STOP ROY UT S385199661920578 CARD 0738 PURCHASE AUTHORIZED ON 07/18 TRIPLE STOP ROY UT S385199661920578 CARD 0738 | | $48.46 | |
| 07/20/15 | Expand Transaction 6 with description : AGRI TREAS 310 FED SAL 072015 XXXXX4000 WESLIE S TOMLIN AGRI TREAS 310 FED SAL 072015 XXXXX4000 WESLIE S TOMLIN | $1,372.70 | | |
| 07/17/15 | Expand Transaction 7 with description : NON-WELLS FARGO ATM TRANSACTION FEE NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 | $13.37 |
| | Expand Transaction 8 with description : NON-WF ATM WITHDRAWAL AUTHORIZED ON 07/17 1594 N 2000 W GOLDENWEST CLINTON UT 0030519862860299 ATM ID COF013 CARD 0738 NON-WF ATM WITHDRAWAL | | | |

| Date | Description | | |
|---|---|---|---|
| 07/17/15 | AUTHORIZED ON 07/17 SUM N 2000 RW GOLDENWEST CLINTON UT 00305198628602599 ATM ID COF013 CARD 0738 | | $262.00 |
| 07/16/15 | *Expand Transaction 9 with description : ASSOCIATED FOOD PAYROLL 150716 07947 Tomlin Kevin*<br>ASSOCIATED FOOD PAYROLL 150716 07947 Tomlin Kevin | $270.00 | $277.87 |
| 07/15/15 | *Expand Transaction 10 with description : PURCHASE AUTHORIZED ON 07/14 QUESTAR GAS COMPAN 800-323-5517 UT S305194791033751 CARD 0738*<br>PURCHASE AUTHORIZED ON 07/14 QUESTAR GAS COMPAN 800-323-5517 UT S305194791033751 CARD 0738 | $76.99 | $7.87 |
| 07/13/15 | *Expand Transaction 11 with description : PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S585193216522197 CARD 0738*<br>PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S585193216522197 CARD 0738 | $29.00 | $84.86 |
| 07/13/15 | *Expand Transaction 12 with description : PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S305193207395027 CARD 0738*<br>PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S305193207395027 CARD 0738 | $24.00 | |
| 07/13/15 | *Expand Transaction 13 with description : PURCHASE AUTHORIZED ON 07/11 SAMS CLUB SAM'S Club RIVERDALE UT P00000000551060421 CARD 0738*<br>PURCHASE AUTHORIZED ON 07/11 SAMS CLUB SAM'S Club RIVERDALE UT P00000000551060421 CARD 0738 | $12.30 | |
| 07/13/15 | *Expand Transaction 14 with description : eDeposit in Branch/Store 07/13/15 03:52:20 PM 246 12TH ST OGDEN UT 4989*<br>eDeposit in Branch/Store 07/13/15 03:52:20 PM 246 12TH ST OGDEN UT 4989     ( View Details) | $80.00 | |
| 07/13/15 | *Expand Transaction 15 with description : REVERSAL OF OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922-*<br>REVERSAL OF OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922- | $35.00 | |
| 07/07/15 | *Expand Transaction 16 with description : PURCHASE AUTHORIZED ON 07/06 TRIPLE STOP ROY UT S385187717803811 CARD 0738*<br>PURCHASE AUTHORIZED ON 07/06 TRIPLE STOP ROY UT S385187717803811 CARD 0738 | $25.21 | $35.16 |
| 07/07/15 | *Expand Transaction 17 with description : PURCHASE AUTHORIZED ON 07/06 FB P-C INS *PAYME 866-399-FBFS IA S305187653388705 CARD 0738*<br>PURCHASE AUTHORIZED ON 07/06 FB P-C INS *PAYME 866-399-FBFS IA S305187653388705 CARD 0738 | $226.41 | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Expand Transaction 18 with description : PURCHASE AUTHORIZED ON 07/06 VIVINT WIRELESS IN 800-216-5232 UT S385187639647137 CARD 0738 | | |
| 07/07/15 | PURCHASE AUTHORIZED ON 07/06 VIVINT WIRELESS IN 800-216-5232 UT S385187639647137 CARD 0738 | $45.00 | |
| | Expand Transaction 19 with description : PURCHASE AUTHORIZED ON 07/05 WATCHEZ 1866813877 18668138776 AJ S465185698077026 CARD 0738 | | |
| 07/07/15 | PURCHASE AUTHORIZED ON 07/05 WATCHEZ 1866813877 18668138776 AJ S465185698077026 CARD 0738 | $49.97 | |
| | Expand Transaction 20 with description : Transaction correction - Transaction error - Ref # KZ | | |
| 07/07/15 | Transaction correction - Transaction error - Ref # KZ | $100.00 | |
| | Expand Transaction 21 with description : WITHDRAWAL MADE IN A BRANCH/STORE | | |
| 07/06/15 | WITHDRAWAL MADE IN A BRANCH/STORE | $1,150.00 | $281.75 |
| | Expand Transaction 22 with description : PURCHASE AUTHORIZED ON 07/05 KENT'S FOODS ROY UT P00465186860340626 CARD 0738 | | |
| 07/06/15 | PURCHASE AUTHORIZED ON 07/05 KENT'S FOODS ROY UT P00465186860340626 CARD 0738 | $78.40 | |
| | Expand Transaction 23 with description : AGRI TREAS 310 FED SAL 070615 XXXXX4000 WESLIE S TOMLIN | | |
| 07/06/15 | AGRI TREAS 310 FED SAL 070615 XXXXX4000 WESLIE S TOMLIN | $1,610.81 | |
| | Expand Transaction 24 with description : ASSOCIATED FOOD PAYROLL 150702 07947 Tomlin Kevin | | |
| 07/02/15 | ASSOCIATED FOOD PAYROLL 150702 07947 Tomlin Kevin | $0.01 | -$100.66 |
| | Expand Transaction 25 with description : OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922- | | |
| 06/25/15 | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922- | $35.00 | -$100.67 |
| | Expand Transaction 26 with description : PURCHASE AUTHORIZED ON 06/23 VZWRLSS*IVR VW 800-922-0204 NJ S585173625832206 CARD 0738 | | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/23 VZWRLSS*IVR VW 800-922-0204 NJ S585173625832206 CARD 0738 | $100.00 | -$65.67 |
| | Expand Transaction 27 with description : PURCHASE AUTHORIZED ON 06/22 ROY CITY UTILITIES 801-774-1000 UT S585173642871347 CARD 0738 | | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/22 ROY CITY UTILITIES 801-774-1000 UT S585173642871347 CARD 0738 | $112.41 | |
| | Expand Transaction 28 with description : SPEEDPAY PACIFIC PW 150623 959288490011 959288490011 | | |
| 06/23/15 | SPEEDPAY PACIFIC PW 150623 959288490011 959288490011 | $69.95 | $146.74 |
| | Expand Transaction 29 with description : SHELLPOINT MTG ACH PMT 150623 0555841666 TOMLIN KEVIN | | |
| 06/23/15 | SHELLPOINT MTG ACH PMT 150623 | $200.00 | |

*Expand Transaction 30 with description : PURCHASE*
*AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776*
*AJ S385173233073566 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/22                                $49.96
WATCHEZ 1866813877 18668138776 AJ
S385173233073566 CARD 0738

*Expand Transaction 31 with description : PURCHASE*
*AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776*
*AJ S305173155672552 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/22                                $99.95
WATCHEZ 1866813877 18668138776 AJ
S305173155672552 CARD 0738

*Expand Transaction 32 with description : PURCHASE*
*AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776*
*AJ S585173139276022 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/22                                $49.98
WATCHEZ 1866813877 18668138776 AJ
S585173139276022 CARD 0738

*Expand Transaction 33 with description : PURCHASE*
*AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776*
*AJ S305173085499313 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/22                                $49.97
WATCHEZ 1866813877 18668138776 AJ
S305173085499313 CARD 0738

*Expand Transaction 34 with description : PURCHASE*
*AUTHORIZED ON 06/22 FB P-C INS \*PAYME 866-399-FBFS*
*IA S385173636134708 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/22 FB P-C                       $500.00
INS *PAYME 866-399-FBFS IA
S385173636134708 CARD 0738

*Expand Transaction 35 with description : PURCHASE*
*AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776*
*AJ S585173267378974 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/22                                $49.91
WATCHEZ 1866813877 18668138776 AJ
S585173267378974 CARD 0738

*Expand Transaction 36 with description : PURCHASE*
*AUTHORIZED ON 06/21 WATCHEZ 1866813877 18668138776*
*AJ S465171743749947 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/21                                $49.95
WATCHEZ 1866813877 18668138776 AJ
S465171743749947 CARD 0738

*Expand Transaction 37 with description : PURCHASE*
*AUTHORIZED ON 06/21 WATCHEZ 1866813877 18668138776*
*AJ S585172639090612 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/21                                $49.96
WATCHEZ 1866813877 18668138776 AJ
S585172639090612 CARD 0738

*Expand Transaction 38 with description : PURCHASE*
*AUTHORIZED ON 06/20 WATCHEZ 1866813877 18668138776*
*AJ S465171658870947 CARD 0738*

**06/23/15** PURCHASE AUTHORIZED ON 06/20                                $29.96
WATCHEZ 1866813877 18668138776 AJ
S465171658870947 CARD 0738

*Expand Transaction 39 with description : NON-WELLS FARGO*
*ATM TRANSACTION FEE*

**06/22/15** NON-WELLS FARGO ATM TRANSACTION                 $2.50      $1,346.33
FEE

Expand Transaction 40 with description : NON-WF ATM
WITHDRAWAL AUTHORIZED ON 06/20 2815 WEST 4000
MAVERIK-RO ROY UT 00465171722681185 ATM ID
HY007488 CARD 0738

**06/22/15**    NON-WF ATM WITHDRAWAL    $203.00
AUTHORIZED ON 06/20 2815 WEST 4000
MAVERIK-RO ROY UT 00465171722681185
ATM ID HY007488 CARD 0738

Expand Transaction 41 with description : PURCHASE
AUTHORIZED ON 06/20 MAVERIK #414 ROY UT
S465171720761808 CARD 0738

**06/22/15**    PURCHASE AUTHORIZED ON 06/20    $35.53
MAVERIK #414 ROY UT S465171720761808
CARD 0738

Expand Transaction 42 with description : AGRI TREAS 310 FED
SAL 062215 XXXXX4000 WESLIE S TOMLIN

**06/22/15**    AGRI TREAS 310 FED SAL 062215    $1,587.01
XXXXX4000 WESLIE S TOMLIN

Expand Transaction 43 with description : ASSOCIATED FOOD
PAYROLL 150618 07947 Tomlin Kevin

**06/18/15**    ASSOCIATED FOOD PAYROLL 150618    $0.01    $0.35
07947 Tomlin Kevin

Expand Transaction 44 with description : PURCHASE
AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776
AJ S585160153338312 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/09    $24.95    $0.34
WATCHEZ 1866813877 18668138776 AJ
S585160153338312 CARD 0738

Expand Transaction 45 with description : PURCHASE
AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776
AJ S305159854628893 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/09    $39.97
WATCHEZ 1866813877 18668138776 AJ
S305159854628893 CARD 0738

Expand Transaction 46 with description : PURCHASE
AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776
AJ S585159785890433 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/09    $34.97
WATCHEZ 1866813877 18668138776 AJ
S585159785890433 CARD 0738

Expand Transaction 47 with description : PURCHASE
AUTHORIZED ON 06/08 WATCHEZ 1866813877 18668138776
AJ S585158756744669 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/08    $29.97
WATCHEZ 1866813877 18668138776 AJ
S585158756744669 CARD 0738

Expand Transaction 48 with description : PURCHASE
AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776
AJ S385158090101293 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/07    $99.92
WATCHEZ 1866813877 18668138776 AJ
S385158090101293 CARD 0738

Expand Transaction 49 with description : PURCHASE
AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776
AJ S305158079261286 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/07    $99.96
WATCHEZ 1866813877 18668138776 AJ
S305158079261286 CARD 0738

Expand Transaction 50 with description : PURCHASE
AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776
AJ S465158057015521 CARD 0738

| Date | Description | Amount |
|---|---|---|
| **06/09/15** | PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S465158057015521 CARD 0738 | $74.94 |
| | Expand Transaction 51 with description : PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S305157784672051 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S305157784672051 CARD 0738 | $99.96 |
| | Expand Transaction 52 with description : PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S585157737001123 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S585157737001123 CARD 0738 | $74.91 |
| | Expand Transaction 53 with description : PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S465157078184566 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S465157078184566 CARD 0738 | $49.91 |
| | Expand Transaction 54 with description : PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S385157005655325 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S385157005655325 CARD 0738 | $49.96 |
| | Expand Transaction 55 with description : PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S305156818103093 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S305156818103093 CARD 0738 | $64.95 |
| | Expand Transaction 56 with description : PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S385157449531747 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S385157449531747 CARD 0738 | $74.92 |
| | Expand Transaction 57 with description : PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S385157433205655 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776 AJ S385157433205655 CARD 0738 | $64.98 |
| | Expand Transaction 58 with description : PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S585156456294559 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S585156456294559 CARD 0738 | $89.92 |
| | Expand Transaction 59 with description : PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S385156448727562 CARD 0738 | |
| **06/09/15** | PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S385156448727562 CARD 0738 | $99.99 |
| | Expand Transaction 60 with description : PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S585156436359056 CARD 0738 | |

| Date | Description | | |
|---|---|---|---|
| 06/09/15 | PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S585156436359056 CARD 0738 | $74.95 | |
| | Expand Transaction 61 with description : PURCHASE AUTHORIZED ON 06/06 KNIGHTS MATTRESS O OGDEN UT S385157749029168 CARD 0738 | | |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/06 KNIGHTS MATTRESS O OGDEN UT S385157749029168 CARD 0738 | $919.58 | $1,149.47 |
| | Expand Transaction 62 with description : PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S465155745153055 CARD 0738 | | |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S465155745153055 CARD 0738 | $65.98 | |
| | Expand Transaction 63 with description : PURCHASE AUTHORIZED ON 06/05 MAVERIK #414 ROY UT S585156267975330 CARD 0738 | | |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/05 MAVERIK #414 ROY UT S585156267975330 CARD 0738 | $20.33 | |
| | Expand Transaction 64 with description : DEPOSIT MADE IN A BRANCH/STORE #651234465 | | |
| 06/08/15 | DEPOSIT MADE IN A BRANCH/STORE #651234465    ( View Details) | $100.00 | |
| | Expand Transaction 65 with description : AGRI TREAS 310 FED SAL 060815 XXXXX4000 WESLIE S TOMLIN | | |
| 06/08/15 | AGRI TREAS 310 FED SAL 060815 XXXXX4000 WESLIE S TOMLIN | $1,538.48 | |
| | Expand Transaction 66 with description : eDeposit in Branch/Store 06/05/15 04:22:55 PM 246 12TH ST OGDEN UT 4989 | | |
| 06/05/15 | eDeposit in Branch/Store 06/05/15 04:22:55 PM 246 12TH ST OGDEN UT 4989    ( View Details) | $160.00 | $516.88 |
| | Expand Transaction 67 with description : ASSOCIATED FOOD PAYROLL 150605 07947 Tomlin Kevin | | |
| 06/05/15 | ASSOCIATED FOOD PAYROLL 150605 07947 Tomlin Kevin | $270.00 | |
| | Expand Transaction 68 with description : PURCHASE AUTHORIZED ON 06/04 GORDMANS INC. ST 1101 Riverdale UT P00305155793758928 CARD 0738 | | |
| 06/04/15 | PURCHASE AUTHORIZED ON 06/04 GORDMANS INC. ST 1101 Riverdale UT P00305155793758928 CARD 0738 | $79.17 | $86.88 |
| | Expand Transaction 69 with description : ASSOCIATED FOOD PAYROLL 150604 07947 Tomlin Kevin | | |
| 06/04/15 | ASSOCIATED FOOD PAYROLL 150604 07947 Tomlin Kevin | $270.00 | |
| | Expand Transaction 70 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 06/03 $623.90 FB P-C Ins RDP Paymen 150527 FBMINS012357 487 TOMLINWESLIE | | |
| 06/04/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 06/03 $623.90 FB P-C Ins RDP Paymen 150527 FBMINS012357 487 TOMLINWESLIE | $35.00 | |
| | Expand Transaction 71 with description : PREAUTHORIZED DEBIT REVERSAL | | |
| 06/04/15 | PREAUTHORIZED DEBIT REVERSAL | $623.90 | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/03/15 | Expand Transaction 72 with description : FB P-C Ins RDP Paymen 150527 FBMINS012357487 TOMLINWESLIE<br>FB P-C Ins RDP Paymen 150527 FBMINS012357487 TOMLINWESLIE | $623.90 | -$692.85 |
| 06/02/15 | Expand Transaction 73 with description : OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/01 $36.94 PURCHASE AUTHORI ZED ON 05/28 WATCHEZ 1866813877 18668138<br>OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/01 $36.94 PURCHASE AUTHORI ZED ON 05/28 WATCHEZ 1866813877 18668138 | $35.00 | -$68.95 |
| 06/01/15 | Expand Transaction 74 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S585147850445208 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S585147850445208 CARD 0738 | $36.94 | -$33.95 |
| 06/01/15 | Expand Transaction 75 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S385147798316472 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S385147798316472 CARD 0738 | $24.95 | |
| 06/01/15 | Expand Transaction 76 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S305147749942297 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S305147749942297 CARD 0738 | $99.93 | |
| 06/01/15 | Expand Transaction 77 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S465147723423516 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S465147723423516 CARD 0738 | $49.98 | |
| 05/29/15 | Expand Transaction 78 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/28 $623.90 FB P-C Ins Payment 150527 FBMINS012357 487 TOMLINWESLIE<br>NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/28 $623.90 FB P-C Ins Payment 150527 FBMINS012357 487 TOMLINWESLIE | $35.00 | $177.85 |
| 05/29/15 | Expand Transaction 79 with description : PREAUTHORIZED DEBIT REVERSAL<br>PREAUTHORIZED DEBIT REVERSAL | $623.90 | |
| 05/28/15 | Expand Transaction 80 with description : FB P-C Ins Payment 150527 FBMINS012357487 TOMLINWESLIE<br>FB P-C Ins Payment 150527 FBMINS012357487 TOMLINWESLIE | $623.90 | -$411.05 |
| 05/27/15 | Expand Transaction 81 with description : PURCHASE AUTHORIZED ON 05/27 HARMONS - ROY ROY UT P00585147781719147 CARD 0738<br>PURCHASE AUTHORIZED ON 05/27 HARMONS - ROY ROY UT P00585147781719147 CARD 0738 | $29.33 | $212.85 |
| 05/27/15 | Expand Transaction 82 with description : PURCHASE AUTHORIZED ON 05/26 primegiftsshop.com +18775679480 CY S005146138978112 CARD 0738<br>PURCHASE AUTHORIZED ON 05/26 primegiftsshop.com +18775679480 CY | $49.95 | |

S005146138978112 CARD 0738

Expand Transaction 83 with description : PURCHASE
AUTHORIZED ON 05/26 giftevery1.com +18888217677 CY
S085146129062705 CARD 0738

**05/27/15**    PURCHASE AUTHORIZED ON 05/26                    $49.95
giftevery1.com +18888217677 CY
S085146129062705 CARD 0738

Expand Transaction 84 with description : PURCHASE
AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776
AJ S585146422531343 CARD 0738

**05/27/15**    PURCHASE AUTHORIZED ON 05/26                    $99.96
WATCHEZ 1866813877 18668138776 AJ
S585146422531343 CARD 0738

Expand Transaction 85 with description : PURCHASE
AUTHORIZED ON 05/25 KNIGHTS MATTRESS O OGDEN UT
S305145804265302 CARD 0738

**05/27/15**    PURCHASE AUTHORIZED ON 05/25                    $100.00
KNIGHTS MATTRESS O OGDEN UT
S305145804265302 CARD 0738

Expand Transaction 86 with description : NSF RETURN ITEM
FEE FOR A TRANSACTION RECEIVED ON 05/26 $316.15 VZ
WIRELESS VW VZW WEBPAY 150517 8804440 WESLIE
*TOMLIN

**05/27/15**    NSF RETURN ITEM FEE FOR A                    $35.00
TRANSACTION RECEIVED ON 05/26
$316.15 VZ WIRELESS VW VZW WEBPAY
150517 8804440 WESLIE *TOMLIN

Expand Transaction 87 with description : PREAUTHORIZED
DEBIT REVERSAL

**05/27/15**    PREAUTHORIZED DEBIT REVERSAL        $316.15

Expand Transaction 88 with description : VZ WIRELESS VW
VZW WEBPAY 150517 8804440 WESLIE *TOMLIN

**05/26/15**    VZ WIRELESS VW VZW WEBPAY 150517        $316.15        $260.89
8804440 WESLIE *TOMLIN

Expand Transaction 89 with description : PURCHASE
AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776
AJ S585146189245699 CARD 0738

**05/26/15**    PURCHASE AUTHORIZED ON 05/26                    $149.92
WATCHEZ 1866813877 18668138776 AJ
S585146189245699 CARD 0738

Expand Transaction 90 with description : PURCHASE
AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776
AJ S585146172848563 CARD 0738

**05/26/15**    PURCHASE AUTHORIZED ON 05/26                    $99.94
WATCHEZ 1866813877 18668138776 AJ
S585146172848563 CARD 0738

Expand Transaction 91 with description : PURCHASE
AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776
AJ S465146164293023 CARD 0738

**05/26/15**    PURCHASE AUTHORIZED ON 05/26                    $99.99
WATCHEZ 1866813877 18668138776 AJ
S465146164293023 CARD 0738

Expand Transaction 92 with description : PURCHASE
AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776
AJ S305146149696923 CARD 0738

**05/26/15**    PURCHASE AUTHORIZED ON 05/26                    $49.99
WATCHEZ 1866813877 18668138776 AJ
S305146149696923 CARD 0738

| | | | |
|---|---|---|---|
| **05/26/15** | Expand Transaction 93 with description : PURCHASE AUTHORIZED ON 05/25 ROSS STORE #504 RIVERDALE UT P0000000346300986 CARD 0738<br><br>PURCHASE AUTHORIZED ON 05/25 ROSS STORE #504 RIVERDALE UT P00000000346300986 CARD 0738 | $18.17 | |
| **05/26/15** | Expand Transaction 94 with description : PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/23 SAMS CLUB SAM'S Club RIVERDALE UT P0000000257601064 CARD 0738<br><br>PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/23 SAMS CLUB SAM'S Club RIVERDALE UT P00000000257601064 CARD 0738 | $67.37 | |
| **05/26/15** | Expand Transaction 95 with description : PURCHASE AUTHORIZED ON 05/23 RC WILLEY RIVERDALE RIVERDALE UT P00585143849999564 CARD 0738<br><br>PURCHASE AUTHORIZED ON 05/23 RC WILLEY RIVERDALE RIVERDALE UT P00585143849999564 CARD 0738 | $347.18 | |
| **05/26/15** | Expand Transaction 96 with description : PURCHASE AUTHORIZED ON 05/23 BDO OUTLET OGDEN UT P00305143830243985 CARD 0738<br><br>PURCHASE AUTHORIZED ON 05/23 BDO OUTLET OGDEN UT P00305143830243985 CARD 0738 | $59.74 | |
| **05/26/15** | Expand Transaction 97 with description : PURCHASE AUTHORIZED ON 05/23 TRIPLE STOP ROY UT S585143757779354 CARD 0738<br><br>PURCHASE AUTHORIZED ON 05/23 TRIPLE STOP ROY UT S585143757779354 CARD 0738 | $30.24 | |
| **05/26/15** | Expand Transaction 98 with description : PURCHASE AUTHORIZED ON 05/23 WATCHEZ 1866813877 18668138776 AJ S385143576988786 CARD 0738<br><br>PURCHASE AUTHORIZED ON 05/23 WATCHEZ 1866813877 18668138776 AJ S385143576988786 CARD 0738 | $49.96 | |
| **05/26/15** | Expand Transaction 99 with description : AGRI TREAS 310 FED SAL 052615 XXXXX4000 WESLIE S TOMLIN<br><br>AGRI TREAS 310 FED SAL 052615 XXXXX4000 WESLIE S TOMLIN | $1,546.50 | |
| **05/22/15** | Expand Transaction 100 with description : PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S465142241585667 CARD 0738<br><br>PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S465142241585667 CARD 0738 | $24.95 | $3.04 |
| **05/22/15** | Expand Transaction 101 with description : PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S305142174504912 CARD 0738<br><br>PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S305142174504912 CARD 0738 | $24.99 | |
| **05/21/15** | Expand Transaction 102 with description : RCAPSERVICESLP AMERIQUEST 150520 000000605178020 TOMLIN, WESLIE<br><br>RCAPSERVICESLP AMERIQUEST 150520 000000605178020 TOMLIN, WESLIE | $300.00 | $52.98 |

| Date | Description | Amount | |
|---|---|---|---|
| 05/21/15 | Expand Transaction 103 with description : PURCHASE AUTHORIZED ON 05/21 WATCHEZ 1866813877 18668138776 AJ S465140719590023 CARD 0738<br>PURCHASE AUTHORIZED ON 05/21 WATCHEZ 1866813877 18668138776 AJ S465140719590023 CARD 0738 | $24.99 | |
| 05/21/15 | Expand Transaction 104 with description : eDeposit in Branch/Store 05/21/15 03:08:42 PM 5603 S 1900 W ROY UT 4989<br>eDeposit in Branch/Store 05/21/15 03:08:42 PM 5603 S 1900 W ROY UT 4989  ( View Details) | $80.00 | |
| 05/21/15 | Expand Transaction 105 with description : ASSOCIATED FOOD PAYROLL 150521 07947 Tomlin Kevin<br>ASSOCIATED FOOD PAYROLL 150521 07947 Tomlin Kevin | $270.00 | |
| 05/20/15 | Expand Transaction 106 with description : PURCHASE AUTHORIZED ON 05/20 WATCHEZ 1866813877 18668138776 AJ S305140176020580 CARD 0738<br>PURCHASE AUTHORIZED ON 05/20 WATCHEZ 1866813877 18668138776 AJ S305140176020580 CARD 0738 | $44.94 | $27.97 |
| 05/20/15 | Expand Transaction 107 with description : PURCHASE AUTHORIZED ON 05/20 WATCHEZ 1866813877 18668138776 AJ S465139788323323 CARD 0738<br>PURCHASE AUTHORIZED ON 05/20 WATCHEZ 1866813877 18668138776 AJ S465139788323323 CARD 0738 | $49.93 | |
| 05/20/15 | Expand Transaction 108 with description : PURCHASE AUTHORIZED ON 05/18 WATCHEZ 1866813877 18668138776 AJ S585138349402986 CARD 0738<br>PURCHASE AUTHORIZED ON 05/18 WATCHEZ 1866813877 18668138776 AJ S585138349402986 CARD 0738 | $74.91 | |
| 05/19/15 | Expand Transaction 109 with description : PURCHASE AUTHORIZED ON 05/18 WATCHEZ 1866813877 18668138776 AJ S465138321351498 CARD 0738<br>PURCHASE AUTHORIZED ON 05/18 WATCHEZ 1866813877 18668138776 AJ S465138321351498 CARD 0738 | $49.96 | $197.75 |
| 05/19/15 | Expand Transaction 110 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305136761821529 CARD 0738<br>PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305136761821529 CARD 0738 | $74.94 | |
| 05/19/15 | Expand Transaction 111 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305137633215450 CARD 0738<br>PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305137633215450 CARD 0738 | $49.94 | |
| 05/19/15 | Expand Transaction 112 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305137593056387 CARD 0738<br>PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305137593056387 CARD 0738 | $99.94 | |
|  | Expand Transaction 113 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137565418050 CARD 0738 | | |

| 05/19/15 | PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137565418050 CARD 0738 | $99.99 | |
| 05/19/15 | PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137554128636 CARD 0738 | $74.91 | |
| 05/19/15 | PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137274057631 CARD 0738 | $74.98 | |
| 05/19/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $316.15 VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN | $35.00 | |
| 05/19/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $300.00 RCAPSERVICESLP AMERIQUEST 150515 000000604069 132 TOMLIN, WESLIE | $35.00 | |
| 05/19/15 | PREAUTHORIZED DEBIT REVERSAL | $316.15 | |
| 05/19/15 | PREAUTHORIZED DEBIT REVERSAL | $300.00 | |
| 05/18/15 | VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN | $316.15 | $176.26 |
| 05/18/15 | RCAPSERVICESLP AMERIQUEST 150515 000000604069132 TOMLIN, WESLIE | $300.00 | |
| 05/18/15 | PURCHASE AUTHORIZED ON 05/16 TRIPLE STOP ROY UT S385136767247672 CARD 0738 | $25.13 | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S305135243462682 CARD 0738 | $107.98 | $817.54 |

Expand Transaction 114 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137554128636 CARD 0738

Expand Transaction 115 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137274057631 CARD 0738

Expand Transaction 116 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $316.15 VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN

Expand Transaction 117 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $300.00 RCAPSERVICESLP AMERIQUEST 150515 000000604069 132 TOMLIN, WESLIE

Expand Transaction 118 with description : PREAUTHORIZED DEBIT REVERSAL

Expand Transaction 119 with description : PREAUTHORIZED DEBIT REVERSAL

Expand Transaction 120 with description : VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN

Expand Transaction 121 with description : RCAPSERVICESLP AMERIQUEST 150515 000000604069132 TOMLIN, WESLIE

Expand Transaction 122 with description : PURCHASE AUTHORIZED ON 05/16 TRIPLE STOP ROY UT S385136767247672 CARD 0738

Expand Transaction 123 with description : PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S305135243462682 CARD 0738

| | | | |
|---|---|---|---|
| | Expand Transaction 124 with description : PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S465134833291332 CARD 0738 | | |
| **05/15/15** | PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S465134833291332 CARD 0738 | $74.97 | |
| | Expand Transaction 125 with description : PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S385135262625813 CARD 0738 | | |
| **05/15/15** | PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S385135262625813 CARD 0738 | $299.94 | |
| | Expand Transaction 126 with description : PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S585134020212193 CARD 0738 | | |
| **05/15/15** | PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S585134020212193 CARD 0738 | $74.98 | |
| | Expand Transaction 127 with description : PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S305133727873664 CARD 0738 | | |
| **05/15/15** | PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S305133727873664 CARD 0738 | $74.91 | |
| | Expand Transaction 128 with description : PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S585133693769333 CARD 0738 | | |
| **05/15/15** | PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S585133693769333 CARD 0738 | $49.94 | |
| | Expand Transaction 129 with description : PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S585134615220754 CARD 0738 | | |
| **05/15/15** | PURCHASE AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776 AJ S585134615220754 CARD 0738 | $49.99 | |
| | Expand Transaction 130 with description : PURCHASE AUTHORIZED ON 05/13 WINEGAR'S ROY UT P00465134163521782 CARD 0738 | | |
| **05/14/15** | PURCHASE AUTHORIZED ON 05/13 WINEGAR'S ROY UT P00465134163521782 CARD 0738 | $15.28 | $1,550.25 |
| | Expand Transaction 131 with description : PURCHASE AUTHORIZED ON 05/13 FB P-C INS *PAYME 866-399-FBFS IA S305133713039365 CARD 0738 | | |
| **05/14/15** | PURCHASE AUTHORIZED ON 05/13 FB P-C INS *PAYME 866-399-FBFS IA S305133713039365 CARD 0738 | $500.00 | |
| | Expand Transaction 132 with description : eDeposit in Branch/Store 05/14/15 04:40:00 PM 5603 S 1900 W ROY UT 4989 | | |
| **05/14/15** | eDeposit in Branch/Store 05/14/15 04:40:00 PM 5603 S 1900 W ROY UT 4989    ( View Details) | $1,300.00 | |
| | Expand Transaction 133 with description : PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S385130167721211 CARD 0738 | | |
| **05/13/15** | PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S385130167721211 CARD 0738 | $89.94 | $765.53 |

| Date | Description | | |
|---|---|---|---|
| 05/13/15 | Expand Transaction 134 with description : PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129810730050 CARD 0738<br>PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129810730050 CARD 0738 | $99.92 | |
| 05/13/15 | Expand Transaction 135 with description : PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129786834533 CARD 0738<br>PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129786834533 CARD 0738 | $99.99 | |
| 05/13/15 | Expand Transaction 136 with description : PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S385129702450502 CARD 0738<br>PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S385129702450502 CARD 0738 | $74.92 | |
| 05/13/15 | Expand Transaction 137 with description : PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129184119692 CARD 0738<br>PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129184119692 CARD 0738 | $74.91 | |
| 05/13/15 | Expand Transaction 138 with description : PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129306325926 CARD 0738<br>PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129306325926 CARD 0738 | $39.92 | |
| 05/13/15 | Expand Transaction 139 with description : eDeposit in Branch/Store 05/13/15 01:01:48 PM 5603 S 1900 W ROY UT 4989<br>eDeposit in Branch/Store 05/13/15 01:01:48 PM 5603 S 1900 W ROY UT 4989    ( View Details) | $800.00 | |
| 05/13/15 | Expand Transaction 140 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/12 $240.48 GCS 800-398-7191 DepositTrn 150511 000000025019 077 Weslie Tomlin<br>NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/12 $240.48 GCS 800-398-7191 DepositTrn 150511 000000025019 077 Weslie Tomlin | $35.00 | |
| 05/13/15 | Expand Transaction 141 with description : PREAUTHORIZED DEBIT REVERSAL<br>PREAUTHORIZED DEBIT REVERSAL | $240.48 | |
| 05/12/15 | Expand Transaction 142 with description : GCS 800-398-7191 DepositTrn 150511 000000025019077 Weslie Tomlin<br>GCS 800-398-7191 DepositTrn 150511 000000025019077 Weslie Tomlin | $240.48 | $239.65 |
| 05/11/15 | Expand Transaction 143 with description : Cash eWithdrawal in Branch/Store 05/09/2015 1:16 PM 5603 S 1900 W ROY UT 0738<br>Cash eWithdrawal in Branch/Store 05/09/2015 1:16 PM 5603 S 1900 W ROY UT 0738 | $1,100.00 | $480.13 |
| 05/11/15 | Expand Transaction 144 with description : PURCHASE AUTHORIZED ON 05/09 KENT'S FOODS ROY UT P00385129760554258 CARD 0738<br>PURCHASE AUTHORIZED ON 05/09 KENT'S FOODS ROY UT P00385129760554258 CARD 0738 | $47.14 | |

| Date | Description | | |
|------|-------------|---|---|
| **05/11/15** | Expand Transaction 145 with description : PURCHASE AUTHORIZED ON 05/09 SAMS CLUB SAM'S Club RIVERDALE UT P0000000243566691 CARD 0738<br>PURCHASE AUTHORIZED ON 05/09 SAMS CLUB SAM'S Club RIVERDALE UT P0000000243566691 CARD 0738 | $73.74 | |
| **05/11/15** | Expand Transaction 146 with description : AGRI TREAS 310 FED SAL 051115 XXXXX4000 WESLIE S TOMLIN<br>AGRI TREAS 310 FED SAL 051115 XXXXX4000 WESLIE S TOMLIN | $1,552.51 | |
| **05/08/15** | Expand Transaction 147 with description : PURCHASE AUTHORIZED ON 05/07 FLYING J #744 OGDEN UT P00305128169353187 CARD 0738<br>PURCHASE AUTHORIZED ON 05/07 FLYING J #744 OGDEN UT P00305128169353187 CARD 0738 | $21.00 | $148.50 |
| **05/08/15** | Expand Transaction 148 with description : PURCHASE AUTHORIZED ON 05/07 Wal-Mart Super Center OGDEN UT P00305128163561123 CARD 0738<br>PURCHASE AUTHORIZED ON 05/07 Wal-Mart Super Center OGDEN UT P00305128163561123 CARD 0738 | $82.10 | |
| **05/08/15** | Expand Transaction 149 with description : PURCHASE AUTHORIZED ON 05/07 AF*SECURE PROPERTY 801-663-2200 CA S585127643692932 CARD 0738<br>PURCHASE AUTHORIZED ON 05/07 AF*SECURE PROPERTY 801-663-2200 CA S585127643692932 CARD 0738 | $25.00 | |
| | **Totals** | $15,363.61 | $15,529.29 |

start of dialog

# Dialog





end of dialog

< Previous | 1  2
| Next >
(150 transactions per page)

Use the menu above to view account history since 03/24/2015 for this account. View more account history through Online Statements.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Account Summary | Account Activity | My Money Map | Statements & Documents
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.
start of dialog

# Dialog

end of dialog

B6C (Official Form 6C) (4/13)

.

In re **Weslie Tomlin**                                                    ,    Case No. _____

_____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    □ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
□ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **4077 West 4650 South, Roy UT 84067** | **Utah Code Ann. § 78B-5-503(2)(a)(ii), (2)(b)(ii)** | **30,000.00** | **156,701.00** |
| **Household Goods and Furnishings** | | | |
| **Refrigerator, washer, dryer, stove, microwave, beds and bedding and provisions for not more than one year** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **100%** | **675.00** |
| **Couch, TV, DVD, 2 lamps, 2 end tables, coffee table** | **Utah Code Ann. § 78B-5-506(1)(a)** | **1,000.00** | **375.00** |
| **Kitchen Table, Chairs** | **Utah Code Ann. § 78B-5-506(1)(b)** | **1,000.00** | **50.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(D)** | **100%** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **TSP, not property of the estate** | **Utah Code Ann. § 78B-5-505(1)(a)(xiv)** | **800.00** | **800.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Ford 500** | **Utah Code Ann. § 78B-5-506(3)** | **3,000.00** | **6,098.00** |

Total:    **36,575.00**    **164,799.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Weslie Tomlin**
                                                                          ,    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **28768580001** | | | | | Opened 6/01/14 Last Active 5/31/15 | | | | | |
| **Goldenwst Cu** 147 26th St Ogden, UT 84401 | | - | | | 2007 Ford 500 | | | | | |
| | | | | | Value $              **6,098.00** | | | | **6,098.00** | **0.00** |
| Account No. **555841666** | | | | | Opened 2/01/08 Last Active 4/29/15 | | | | | |
| **Shellpoint Mortgage Se** 55 Beattie Place Ste 600 Greenville, SC 29601 | | - | | | 4077 West 4650 South, Roy UT 84067 | | | | | |
| | | | | | Value $            **156,701.00** | | | | **137,242.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**_0_** continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | **143,340.00** | **0.00** |
| Total (Report on Summary of Schedules) | **143,340.00** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **Weslie Tomlin**                                                          ,   Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  1  </u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re     **Weslie Tomlin** _____ ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Notice Only**<br><br>**IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346** | | J | | | | | **2,384.00** | **0.00** | **2,384.00** |
| Account No. **Notice Only**<br><br>**Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-3340** | | J | Taxes | | | | **450.00** | **0.00** | **450.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **2,834.00** | **0.00**<br><br>**2,834.00** |
| | Total<br>(Report on Summary of Schedules) | **2,834.00** | **0.00**<br><br>**2,834.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Utah**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. |
| Weslie  Tomlin | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Judge |

**DECLARATION OF FILED TAX RETURNS**

1. On  July 21, 2015, Debtor(s),Weslie  Tomlin, delivered or had already delivered all required federal or state tax returns for the taxable periods ending during the four year period before the filing of the petition.  The required state tax returns are determined pursuant to Section 59-10-104.1(2) of the Utah Code.

2. Debtor acknowledges that the Court will not confirm any Chapter 13 Plan and that the case may be dismissed at or before the hearing on confirmation unless all the tax returns have been filed.

3.  Debtor further acknowledges that an amended declaration will be filed and served on the Chapter 13 Trustee if further required tax returns are filed with the taxing authority after the date indicated in paragraph 1 above.

Date   July 21, 2015                          /s/WeslieTomlin
                                              Debtor Weslie  Tomlin

Date   July 21, 2015                        /s/ E. Kent Winward
                                            E. Kent Winward, Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THE DECLARATION OF FILED TAX RETURNS WAS DELIVERED VIA ECF  MAIL ON  July 21, 2015 TO THE FOLLOWING ADDRESSES OR MAILED VIA FIRST CLASS MAIL:

Chapter 13 Trustee

IRS
50 South 200 East
Mail Stop 5021
Salt Lake City, UT 84111

USTC
210 North 1950 West
Salt Lake City, UT 84113-7040

Dated this  21 July 2015.

                              __/s/_____
                              E. Kent Winward

## DOMESTIC SUPPORT QUESTIONNAIRE

### (To be completed by all debtors)

Domestic support obligations are loosely defined to include debts owed to or recoverable by a spouse, former spouse or child of the debtor (or the child's parent, legal guardian or responsible relative) or owed to a governmental unit that are for alimony, maintenance or support (including assistance provided by a governmental unit).

I am required to provide certain notices to the holders of domestic support obligations and to any governmental child support collection agency that may be assisting the individual claim holder.  **Please fill out the form below and bring the completed form to the first meeting of creditors.  Your failure to do so could prevent your case from proceeding and could ultimately lead to dismissal of your case.**

Debtor Name:  Weslie  Tomlin


Case Number:

**Check Applicable Line:**

   [x ] I do not owe a domestic support obligation (<u>If this box is checked, you may sign this questionnaire without completing the remaing questions.)</u>

   [  ] I do owe a domestic support obligation (<u>If this box is checked, please complete the rest of this questionnaire with a separate entry for each domestic support obligation owed and sign below.</u>

Name of domestic support obligation claim holder:

Last known address and telephone number of domestic support obligation claim holder:



I declare under penalty of perjury that the answers to the above questions/statements concerning domestic support obligations are true, complete and correct to the best of my knowledge, information and belief.

Date   21 July 2015

/s/WeslieTomlin
Debtor Weslie  Tomlin

B6F (Official Form 6F) (12/07)

In re   **Weslie Tomlin**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AC-694541**<br><br>**Argon**<br>**PO BOX 503550**<br>**San Diego, CA 92150** | - | | | | | | 5,000.00 |
| Account No. 39451957<br><br>**Axcssfn/cngo**<br>**7755 Montgomery Rd Ste 4**<br>**Cincinnati, OH 45236** | | | Opened  3/01/15  Last Active  4/13/15<br>Unsecured | | | | 2,868.00 |
| Account No. 000214476924730<br><br>**Barclays Bank Delaware**<br>**Attn: Bankruptcy**<br>**P.O. Box 8801**<br>**Wilmington, DE 19899** | - | | Opened  6/01/14  Last Active  3/30/15<br>Credit Card | | | | 2,232.00 |
| Account No. 962257312375<br><br>**Capital One**<br>**PO Box 85064**<br>**Glen Allen, VA 23058** | - | | | | | | 451.16 |
| __6___ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 10,551.16 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Weslie Tomlin**                                              ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **202080** <br><br> **Cash Net USA** <br> **PO Box 643990** <br> **OH 46264** | - | | | | | | | 1,270.00 |
| Account No. **5433601150505015** <br><br> **Ccs/first Savings Bank** <br> **500 E 60th St N** <br> **Sioux Falls, SD 57104** | - | | | Opened 12/01/14 Last Active 4/03/15 <br> Credit Card | | | | 399.00 |
| Account No. **4709553** <br><br> **Check 'N Go** <br> **2056 N Hill Field Rd** <br> **Layton, UT 84041** | - | | | Pay Day Loan | | | | 5,210.18 |
| Account No. **U70124441552** <br><br> **Check City** <br> **2490 W 4700 S** <br> **Salt Lake City, UT 84118** | - | | | Payday Loan | | | | 1,839.50 |
| Account No. <br><br> **Check Smart** <br> **936 North Main** <br> **Layton, UT 84041** | - | | | Pay Day Loan | | | | 1,151.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,869.68

B6F (Official Form 6F) (12/07) - Cont.

In re **Weslie Tomlin**                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7788300044408802** <br><br> **Comenitybank/venus** <br> **3100 Easton Square Pl** <br> **Columbus, OH 43219** | - | | | | Opened 12/01/14 Last Active 3/21/15 <br> Charge Account | | | | 95.00 |
| Account No. **4447962257312375** <br><br> **Credit One Bank** <br> **Po Box 98873** <br> **Las Vegas, NV 89193** | - | | | | Opened 7/01/14 Last Active 4/03/15 <br> Credit Card | | | | 411.00 |
| Account No. <br><br> **Fingerhut** <br> **PO Box 166** <br> **Newark, NJ 07101-0166** | - | | | | | | | | 1,073.63 |
| Account No. <br><br> **First Professional Services Corporation** <br> **5541 S, Redwood Road, Suite B** <br> **West Jordan, UT 84088** | - | | | | | | | | 1,780.00 |
| Account No. **5015** <br><br> **First Savings Credit** <br> **PO BOx 2509** <br> **Omaha, NE 68103** | - | | | | | | | | 502.84 |

Sheet no. __2___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,862.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Weslie Tomlin**                                                                ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 6393050755463247<br><br>Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | | - | | | Opened 6/01/14 Last Active 3/24/15<br>Charge Account | | | | 971.00 |
| Account No. 15800055<br><br>Loans for Less<br>3901 Riverdale Road<br>Ogden, UT 84405 | | - | | | Payday Loan | | | | 3,281.00 |
| Account No.<br><br>Loyal Loans<br>1580 S. State St. #13<br>Clearfield, UT 84015 | | - | | | Payday Loan | | | | 135.09 |
| Account No.<br><br>Midnight Velvet<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | | - | | | charge card | | | | 343.23 |
| Account No. 158300250<br><br>Money 4 You<br>739 Washington BLvd<br>Ogden, UT 84404 | | - | | | Payday Loan | | | | 3,600.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      8,330.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Weslie Tomlin**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mountain Loan Center** <br> **245 N. University Ave** <br> **Provo, UT 84601** | - | | | | | | 1,200.00 |
| Account No. <br><br> **Mr. Money #12** <br> **1167 W 12th ST** <br> **Ogden, UT 84404** | - | | Payday <br> Loan | | | | 1,125.00 |
| Account No. **122824** <br><br> **Ogden Clinic** <br> **4650 Harrison Blvd.** <br> **Ogden, UT 84403** | - | | | | | | 346.50 |
| Account No. **181607** <br><br> **Ogden Clinic** <br> **4650 Harrison Blvd.** <br> **Ogden, UT 84403** | - | | 120670180 | | | | 59.00 |
| Account No. <br><br> **QC Finance** <br> **290 N Main** <br> **Clearfield, UT 84015** | - | | Payday Loan | | | | 3,873.40 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **6,603.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **Weslie Tomlin**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2001X0033616** Qc Financial 9401 Indian Creek Overland Park, KS 66210 | | - | | | Opened 1/06/15 Last Active 3/30/15 Unsecured | | | | 3,267.00 |
| Account No. **2148695231** Rc Willey Home Furnishings Attn: Bankruptcy Po Box 65320 Salt Lake City, UT 84165 | | - | | | Opened 6/01/14 Last Active 3/31/15 Charge Account | | | | 347.00 |
| Account No. **170651588** Security Fin C/o Security Finan Spartanburg, SC 29304 | | - | | | Opened 3/19/15 Last Active 3/30/15 Unsecured | | | | 3,040.00 |
| Account No. **478240562** Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT   P.O. Box 9475 Minneapolis, MN 55440 | | - | | | Opened 11/01/14 Last Active 4/01/15 Credit Card | | | | 359.00 |
| Account No. **1004667475** Td Auto Fin 27777 Franklin Rd Farmington Hills, MI 48334 | | - | | | Opened 8/20/07 Last Active 1/24/11 Automobile | | | | Unknown |

Sheet no. __5___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,013.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Weslie Tomlin**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **USA Cash Services** 333 2nd ST Ogden, UT 84401 | - | | | | | | 2,752.29 |
| Account No. 7788-3000-4440-8802 **Venus** PO Box 659617 San Antonio, TX 78265 | - | | | | | | 113.00 |
| Account No. 6369921026492016 **Webbank/fingerhut** 6250 Ridgewood Rd Saint Cloud, MN 56303 | - | | Opened  2/01/13  Last Active  4/05/15 Charge Account | | | | 1,662.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 4,527.29 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 50,757.82 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Weslie Tomlin**                                                                              ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Weslie Tomlin**                                                      ,  Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Weslie Tomlin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form B 6I

## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Manager** | |
| | Employer's name | **IRS** | |
| | Employer's address | **PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | |
| | How long employed there? | **2010 to Present** | |

**Part 2:      Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $      **3,737.26** | $      **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$      **0.00** | +$      **N/A** |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $      **3,737.26** | $      **N/A** |

Debtor 1    **Weslie Tomlin**                                    Case number (*if known*)

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $ **3,737.26** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **560.58** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **105.52** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **32.50** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **171.15** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **31.89** | $ **N/A** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. — 6. $ **901.64** — $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. — 7. $ **2,835.62** — $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. — 8a. $ **0.00** — $ **N/A**

8b. **Interest and dividends** — 8b. $ **0.00** — $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. — 8c. $ **585.00** — $ **N/A**

8d. **Unemployment compensation** — 8d. $ **0.00** — $ **N/A**

8e. **Social Security** — 8e. $ **0.00** — $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: — 8f. $ **0.00** — $ **N/A**

8g. **Pension or retirement income** — 8g. $ **0.00** — $ **N/A**

8h. **Other monthly income.** Specify: — 8h.+ $ **0.00** + $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. — 9. $ **585.00** — $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9. — 10. $ **3,420.62** + $ **N/A** = $ **3,420.62**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: — 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies — 12. $ **3,420.62**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Debtor is no longer getting night differential. Because she owed last year, she will be having more taxes come out as well, resulting in a reduction of income. the budget is prepared to reflect those changes.**



**Thrift Savings Plan**

## Outstanding Loans: Civilian

### Review detailed information about your TSP loan(s) below.

For each loan, you have the option to:

Check to see if your loan payments are up to date.

Reamortize your loan to change the amount of your loan payment or the amount of time required to repay your loan.

Learn the amount needed to pay off your loan.

#### Loan Payments

To repay your loan in full, to make an additional payment or to make up missed payments, send a cashier's check, a money order, or a personal check made payable to the Thrift Savings Plan. Include your loan number and full TSP account number on your check or money order, and send your payment with a loan payment coupon to the address on the coupon. Any overpayment will be refunded to you.

| | |
|---|---|
| Loan Number | 0620001G |
| Issue Date | June 21, 2012 |
| Loan Type | General Purpose |
| Original Amount | $1,400.00 |
| Outstanding Balance | $202.30 |
| Interest Rate | 1.375% |
| Payment Schedule | Semi-monthly |
| Payment Amount | $15.00 |
| Date of Last Posted Payment | June 23, 2015 |
| Amount of Last Payment | $15.00 |

Check Payment Status    Reamortize Your Loan    Request Payoff Amount

**Fill in this information to identify your case:**

Debtor 1        **Weslie Tomlin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

 ■ No. Go to line 2.
 ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.

■ Yes. Fill out this information for each dependent..............

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 17 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

 ■ No
 ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.  $ _____ 849.00

If not included in line 4:

4a.   Real estate taxes                                                    4a.  $ _____ 0.00
4b.   Property, homeowner's, or renter's insurance                        4b.  $ _____ 0.00
4c.   Home maintenance, repair, and upkeep expenses                       4c.  $ _____ 100.00
4d.   Homeowner's association or condominium dues                         4d.  $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans   5.  $ _____ 0.00

Debtor 1    **Weslie Tomlin** _____    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **230.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **112.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **325.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **500.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **150.00** |
| 10. | **Personal care products and services** | | 10. $ | **95.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **175.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | **261.62** |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **258.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | 19. $ | **0.00** |
| | Specify: | | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. $ | **3,155.62** |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,420.62** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **3,155.62** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **265.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Weslie Tomlin**

Case No. _____

Debtor(s)

Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __46__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **July 21, 2015**

Signature    **/s/ Weslie Tomlin**

**Weslie Tomlin**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### __Chapter 11__: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### __Chapter 12__: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### __3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials__

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Utah

In re  **Weslie Tomlin**

Debtor(s)

Case No. _____

Chapter  **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Weslie Tomlin**

Printed Name(s) of Debtor(s)

X **/s/ Weslie Tomlin**                **July 21, 2015**

Signature of Debtor                  Date

Case No. (if known)  _____

X _____

Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.