B6B (Official Form 6B) (12/07)

.

In re   **Weslie Tomlin**                                                      ,   Case No.   **15-26793**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking** | - | 110.92 |
| | | **Goldenwest Checking** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator, washer, dryer, stove, microwave, beds and bedding and provisions for not more than one year** | J | 675.00 |
| | | **Couch, TV, DVD, 2 lamps, 2 end tables, coffee table** | J | 375.00 |
| | | **Kitchen Table, Chairs** | J | 50.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | J | 100.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **1,310.92**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Weslie Tomlin**                                                        ,      Case No. ___**15-26793**___
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TSP, not property of the estate** | **-** | **800.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **800.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Weslie Tomlin**                                                      ,    Case No.    **15-26793**
                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford F150** | - | 6,098.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 dogs** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | **6,098.00** |
|---|---|---|
|  | Total > | **8,208.92** |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

- View Online Statements
- View Tax Documents
- Dispute a Transaction
- View Spending Report
- View Fees And Information
- Order Checks & Deposit Tickets

- Try it! Add and pay *WF SurePay*$^{SM}$ payees, right from your smartphone. Learn More

- Try It! Make transfers between Wells Fargo and your accounts at other banks. Learn More

- New! Debit and credit card cardholders, notify us online of future travel. Learn More

Money management. Online tools to help families on the go. Learn More.

## Activity Summary

**Current Posted Balance** $178.87
**Pending Withdrawals/ Debits** -$67.95
**Pending Deposits/ Credits** $0.00
**Available Balance( Learn More )** $110.92

### Additional Services

- Manage Your Card Alerts
- Add Bill Pay
- Set Up Overdraft Services

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

Download Account Activity

## Transactions

- Selected Tab Show Transactions
- Find Transactions Unselected Tab Find Transactions

Show:    for  Last 90 Days
Show:    [All Transactions with Balances ▼]  for  [Last 90 Days ▼]  [Go]
Set Default View
< Previous | 1 | **2** |  Next >
Beginning of Dispute Dialog content

### File a dispute online
Questions about this transaction? Feel there's been an error? File a dispute.

### Have a dispute already in process?

Check the status or Cancel your dispute

**Report a lost or stolen card**
Please call us 24 hours a day, 7 days a week at 1-800-TO-WELLS (1-800-869-3557).

Remember, you're covered by Zero Liability protection, which means you won't be held responsible for unauthorized transactions if you report them promptly. Please see your applicable Wells Fargo account agreement for more information on liability for unauthorized transactions.

End of Dispute Dialog content

| Date [Descending sort indicator] | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change ( **Learn More** ) | | | |
| 07/21/15 | PURCHASE ROCKY MOUNTA 888 221 7070 OR CARD0738 | | $67.95 | |
| **Posted Transactions** | | | | |
| 07/20/15 | Expand Transaction 1 with description : WITHDRAWAL MADE IN A BRANCH/STORE<br>WITHDRAWAL MADE IN A BRANCH/STORE | | $60.00 | $178.87 |
| 07/20/15 | Expand Transaction 2 with description : WITHDRAWAL MADE IN A BRANCH/STORE<br>WITHDRAWAL MADE IN A BRANCH/STORE | | $1,000.00 | |
| 07/20/15 | Expand Transaction 3 with description : PURCHASE AUTHORIZED ON 07/19 KENT'S FOODS ROY UT P00385200858393257 CARD 0738<br>PURCHASE AUTHORIZED ON 07/19 KENT'S FOODS ROY UT P00385200858393257 CARD 0738 | | $74.95 | |
| 07/20/15 | Expand Transaction 4 with description : PURCHASE AUTHORIZED ON 07/18 KENT'S FOODS ROY UT P00385199828821345 CARD 0738<br>PURCHASE AUTHORIZED ON 07/18 KENT'S FOODS ROY UT P00385199828821345 CARD 0738 | | $23.79 | |
| 07/20/15 | Expand Transaction 5 with description : PURCHASE AUTHORIZED ON 07/18 TRIPLE STOP ROY UT S385199661920578 CARD 0738<br>PURCHASE AUTHORIZED ON 07/18 TRIPLE STOP ROY UT S385199661920578 CARD 0738 | | $48.46 | |
| 07/20/15 | Expand Transaction 6 with description : AGRI TREAS 310 FED SAL 072015 XXXXX4000 WESLIE S TOMLIN<br>AGRI TREAS 310 FED SAL 072015 XXXXX4000 WESLIE S TOMLIN | $1,372.70 | | |
| 07/17/15 | Expand Transaction 7 with description : NON-WELLS FARGO ATM TRANSACTION FEE<br>NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 | $13.37 |
| | Expand Transaction 8 with description : NON-WF ATM WITHDRAWAL AUTHORIZED ON 07/17 1594 N 2000 W GOLDENWEST CLINTON UT 00305198628602599 ATM ID COF013 CARD 0738<br>NON-WF ATM WITHDRAWAL | | | |

| Date | Description | | |
|---|---|---|---|
| 07/17/15 | AUTHORIZED ON 07/17 COF 2000 N 2000 W GOLDENWEST CLINTON UT 00305198628602599 ATM ID COF013 CARD 0738 | | $262.00 |
| 07/16/15 | Expand Transaction 9 with description : ASSOCIATED FOOD PAYROLL 150716 07947 Tomlin Kevin<br>ASSOCIATED FOOD PAYROLL 150716 07947 Tomlin Kevin | $270.00 | $277.87 |
| 07/15/15 | Expand Transaction 10 with description : PURCHASE AUTHORIZED ON 07/14 QUESTAR GAS COMPAN 800-323-5517 UT S305194791033751 CARD 0738<br>PURCHASE AUTHORIZED ON 07/14 QUESTAR GAS COMPAN 800-323-5517 UT S305194791033751 CARD 0738 | $76.99 | $7.87 |
| 07/13/15 | Expand Transaction 11 with description : PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S585193216522197 CARD 0738<br>PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S585193216522197 CARD 0738 | $29.00 | $84.86 |
| 07/13/15 | Expand Transaction 12 with description : PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S305193207395027 CARD 0738<br>PURCHASE AUTHORIZED ON 07/12 CAPWAY(BOSP) Podgorica NT S305193207395027 CARD 0738 | $24.00 | |
| 07/13/15 | Expand Transaction 13 with description : PURCHASE AUTHORIZED ON 07/11 SAMS CLUB SAM'S Club RIVERDALE UT P00000000551060421 CARD 0738<br>PURCHASE AUTHORIZED ON 07/11 SAMS CLUB SAM'S Club RIVERDALE UT P00000000551060421 CARD 0738 | $12.30 | |
| 07/13/15 | Expand Transaction 14 with description : eDeposit in Branch/Store 07/13/15 03:52:20 PM 246 12TH ST OGDEN UT 4989<br>eDeposit in Branch/Store 07/13/15 03:52:20 PM 246 12TH ST OGDEN UT 4989     ( View Details) | $80.00 | |
| 07/13/15 | Expand Transaction 15 with description : REVERSAL OF OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922-<br>REVERSAL OF OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922- | $35.00 | |
| 07/07/15 | Expand Transaction 16 with description : PURCHASE AUTHORIZED ON 07/06 TRIPLE STOP ROY UT S385187717803811 CARD 0738<br>PURCHASE AUTHORIZED ON 07/06 TRIPLE STOP ROY UT S385187717803811 CARD 0738 | $25.21 | $35.16 |
| 07/07/15 | Expand Transaction 17 with description : PURCHASE AUTHORIZED ON 07/06 FB P-C INS *PAYME 866-399-FBFS IA S305187653388705 CARD 0738<br>PURCHASE AUTHORIZED ON 07/06 FB P-C INS *PAYME 866-399-FBFS IA S305187653388705 CARD 0738 | $226.41 | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Expand Transaction 18 with description : PURCHASE AUTHORIZED ON 07/06 VIVINT WIRELESS IN 800-216-5232 UT S385187639647137 CARD 0738 | | |
| 07/07/15 | PURCHASE AUTHORIZED ON 07/06 VIVINT WIRELESS IN 800-216-5232 UT S385187639647137 CARD 0738 | $45.00 | |
| | Expand Transaction 19 with description : PURCHASE AUTHORIZED ON 07/05 WATCHEZ 1866813877 18668138776 AJ S465185698077026 CARD 0738 | | |
| 07/07/15 | PURCHASE AUTHORIZED ON 07/05 WATCHEZ 1866813877 18668138776 AJ S465185698077026 CARD 0738 | $49.97 | |
| | Expand Transaction 20 with description : Transaction correction - Transaction error - Ref # KZ | | |
| 07/07/15 | Transaction correction - Transaction error - Ref # KZ | $100.00 | |
| | Expand Transaction 21 with description : WITHDRAWAL MADE IN A BRANCH/STORE | | |
| 07/06/15 | WITHDRAWAL MADE IN A BRANCH/STORE | $1,150.00 | $281.75 |
| | Expand Transaction 22 with description : PURCHASE AUTHORIZED ON 07/05 KENT'S FOODS ROY UT P00465186860340626 CARD 0738 | | |
| 07/06/15 | PURCHASE AUTHORIZED ON 07/05 KENT'S FOODS ROY UT P00465186860340626 CARD 0738 | $78.40 | |
| | Expand Transaction 23 with description : AGRI TREAS 310 FED SAL 070615 XXXXX4000 WESLIE S TOMLIN | | |
| 07/06/15 | AGRI TREAS 310 FED SAL 070615 XXXXX4000 WESLIE S TOMLIN | $1,610.81 | |
| | Expand Transaction 24 with description : ASSOCIATED FOOD PAYROLL 150702 07947 Tomlin Kevin | | |
| 07/02/15 | ASSOCIATED FOOD PAYROLL 150702 07947 Tomlin Kevin | $0.01 | -$100.66 |
| | Expand Transaction 25 with description : OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922- | | |
| 06/25/15 | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/24 $100.00 PURCHASE AUTHORI ZED ON 06/23 VZWRLSS*IVR VW 800-922- | $35.00 | -$100.67 |
| | Expand Transaction 26 with description : PURCHASE AUTHORIZED ON 06/23 VZWRLSS*IVR VW 800-922-0204 NJ S585173625832206 CARD 0738 | | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/23 VZWRLSS*IVR VW 800-922-0204 NJ S585173625832206 CARD 0738 | $100.00 | -$65.67 |
| | Expand Transaction 27 with description : PURCHASE AUTHORIZED ON 06/22 ROY CITY UTILITIES 801-774-1000 UT S585173642871347 CARD 0738 | | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/22 ROY CITY UTILITIES 801-774-1000 UT S585173642871347 CARD 0738 | $112.41 | |
| | Expand Transaction 28 with description : SPEEDPAY PACIFIC PW 150623 959288490011 959288490011 | | |
| 06/23/15 | SPEEDPAY PACIFIC PW 150623 959288490011 959288490011 | $69.95 | $146.74 |
| | Expand Transaction 29 with description : SHELLPOINT MTG ACH PMT 150623 0555841666 TOMLIN KEVIN | | |
| 06/23/15 | SHELLPOINT MTG ACH PMT 150623 | $200.00 | |

Expand Transaction 30 with description : PURCHASE
AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776
AJ S385173233073566 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776 AJ S385173233073566 CARD 0738 | $49.96 | |

Expand Transaction 31 with description : PURCHASE
AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776
AJ S305173155672552 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776 AJ S305173155672552 CARD 0738 | $99.95 | |

Expand Transaction 32 with description : PURCHASE
AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776
AJ S585173139276022 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776 AJ S585173139276022 CARD 0738 | $49.98 | |

Expand Transaction 33 with description : PURCHASE
AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776
AJ S305173085499313 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776 AJ S305173085499313 CARD 0738 | $49.97 | |

Expand Transaction 34 with description : PURCHASE
AUTHORIZED ON 06/22 FB P-C INS *PAYME 866-399-FBFS
IA S385173636134708 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/22 FB P-C INS *PAYME 866-399-FBFS IA S385173636134708 CARD 0738 | $500.00 | |

Expand Transaction 35 with description : PURCHASE
AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776
AJ S585173267378974 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/22 WATCHEZ 1866813877 18668138776 AJ S585173267378974 CARD 0738 | $49.91 | |

Expand Transaction 36 with description : PURCHASE
AUTHORIZED ON 06/21 WATCHEZ 1866813877 18668138776
AJ S465171743749947 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/21 WATCHEZ 1866813877 18668138776 AJ S465171743749947 CARD 0738 | $49.95 | |

Expand Transaction 37 with description : PURCHASE
AUTHORIZED ON 06/21 WATCHEZ 1866813877 18668138776
AJ S585172639090612 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/21 WATCHEZ 1866813877 18668138776 AJ S585172639090612 CARD 0738 | $49.96 | |

Expand Transaction 38 with description : PURCHASE
AUTHORIZED ON 06/20 WATCHEZ 1866813877 18668138776
AJ S465171658870947 CARD 0738

| | | | |
|---|---|---|---|
| **06/23/15** | PURCHASE AUTHORIZED ON 06/20 WATCHEZ 1866813877 18668138776 AJ S465171658870947 CARD 0738 | $29.96 | |

Expand Transaction 39 with description : NON-WELLS FARGO
ATM TRANSACTION FEE

| | | | |
|---|---|---|---|
| **06/22/15** | NON-WELLS FARGO ATM TRANSACTION FEE | $2.50 | $1,346.33 |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 06/22/15 | Expand Transaction 40 with description : NON-WF ATM WITHDRAWAL AUTHORIZED ON 06/20 2815 WEST 4000 MAVERIK-RO ROY UT 00465171722681185 ATM ID HY007488 CARD 0738 <br> NON-WF ATM WITHDRAWAL AUTHORIZED ON 06/20 2815 WEST 4000 MAVERIK-RO ROY UT 00465171722681185 ATM ID HY007488 CARD 0738 | $203.00 | |
| 06/22/15 | Expand Transaction 41 with description : PURCHASE AUTHORIZED ON 06/20 MAVERIK #414 ROY UT S465171720761808 CARD 0738 <br> PURCHASE AUTHORIZED ON 06/20 MAVERIK #414 ROY UT S465171720761808 CARD 0738 | $35.53 | |
| 06/22/15 | Expand Transaction 42 with description : AGRI TREAS 310 FED SAL 062215 XXXXX4000 WESLIE S TOMLIN <br> AGRI TREAS 310 FED SAL 062215 XXXXX4000 WESLIE S TOMLIN | $1,587.01 | |
| 06/18/15 | Expand Transaction 43 with description : ASSOCIATED FOOD PAYROLL 150618 07947 Tomlin Kevin <br> ASSOCIATED FOOD PAYROLL 150618 07947 Tomlin Kevin | $0.01 | $0.35 |
| 06/09/15 | Expand Transaction 44 with description : PURCHASE AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776 AJ S585160153338312 CARD 0738 <br> PURCHASE AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776 AJ S585160153338312 CARD 0738 | $24.95 | $0.34 |
| 06/09/15 | Expand Transaction 45 with description : PURCHASE AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776 AJ S305159854628893 CARD 0738 <br> PURCHASE AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776 AJ S305159854628893 CARD 0738 | $39.97 | |
| 06/09/15 | Expand Transaction 46 with description : PURCHASE AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776 AJ S585159785890433 CARD 0738 <br> PURCHASE AUTHORIZED ON 06/09 WATCHEZ 1866813877 18668138776 AJ S585159785890433 CARD 0738 | $34.97 | |
| 06/09/15 | Expand Transaction 47 with description : PURCHASE AUTHORIZED ON 06/08 WATCHEZ 1866813877 18668138776 AJ S585158756744669 CARD 0738 <br> PURCHASE AUTHORIZED ON 06/08 WATCHEZ 1866813877 18668138776 AJ S585158756744669 CARD 0738 | $29.97 | |
| 06/09/15 | Expand Transaction 48 with description : PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S385158090101293 CARD 0738 <br> PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S385158090101293 CARD 0738 | $99.92 | |
| 06/09/15 | Expand Transaction 49 with description : PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S305158079261286 CARD 0738 <br> PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S305158079261286 CARD 0738 | $99.96 | |
| | Expand Transaction 50 with description : PURCHASE AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776 AJ S465158057015521 CARD 0738 | | |

**06/09/15**    PURCHASE AUTHORIZED ON 06/07      $74.94
WATCHEZ 1866813877 18668138776 AJ
S465158057015521 CARD 0738
Expand Transaction 51 with description : PURCHASE
AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776
AJ S305157784672051 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/07      $99.96
WATCHEZ 1866813877 18668138776 AJ
S305157784672051 CARD 0738
Expand Transaction 52 with description : PURCHASE
AUTHORIZED ON 06/07 WATCHEZ 1866813877 18668138776
AJ S585157737001123 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/07      $74.91
WATCHEZ 1866813877 18668138776 AJ
S585157737001123 CARD 0738
Expand Transaction 53 with description : PURCHASE
AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776
AJ S465157078184566 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/06      $49.91
WATCHEZ 1866813877 18668138776 AJ
S465157078184566 CARD 0738
Expand Transaction 54 with description : PURCHASE
AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776
AJ S385157005655325 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/06      $49.96
WATCHEZ 1866813877 18668138776 AJ
S385157005655325 CARD 0738
Expand Transaction 55 with description : PURCHASE
AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776
AJ S305156818103093 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/06      $64.95
WATCHEZ 1866813877 18668138776 AJ
S305156818103093 CARD 0738
Expand Transaction 56 with description : PURCHASE
AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776
AJ S385157449531747 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/06      $74.92
WATCHEZ 1866813877 18668138776 AJ
S385157449531747 CARD 0738
Expand Transaction 57 with description : PURCHASE
AUTHORIZED ON 06/06 WATCHEZ 1866813877 18668138776
AJ S385157433205655 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/06      $64.98
WATCHEZ 1866813877 18668138776 AJ
S385157433205655 CARD 0738
Expand Transaction 58 with description : PURCHASE
AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776
AJ S585156456294559 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/05      $89.92
WATCHEZ 1866813877 18668138776 AJ
S585156456294559 CARD 0738
Expand Transaction 59 with description : PURCHASE
AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776
AJ S385156448727562 CARD 0738

**06/09/15**    PURCHASE AUTHORIZED ON 06/05      $99.99
WATCHEZ 1866813877 18668138776 AJ
S385156448727562 CARD 0738
Expand Transaction 60 with description : PURCHASE
AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776
AJ S585156436359056 CARD 0738

| 06/09/15 | PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S585156436359056 CARD 0738 | | $74.95 | |
| | *Expand Transaction 61 with description : PURCHASE AUTHORIZED ON 06/06 KNIGHTS MATTRESS O OGDEN UT S385157749029168 CARD 0738* | | | |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/06 KNIGHTS MATTRESS O OGDEN UT S385157749029168 CARD 0738 | | $919.58 | $1,149.47 |
| | *Expand Transaction 62 with description : PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S465155745153055 CARD 0738* | | | |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/05 WATCHEZ 1866813877 18668138776 AJ S465155745153055 CARD 0738 | | $65.98 | |
| | *Expand Transaction 63 with description : PURCHASE AUTHORIZED ON 06/05 MAVERIK #414 ROY UT S585156267975330 CARD 0738* | | | |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/05 MAVERIK #414 ROY UT S585156267975330 CARD 0738 | | $20.33 | |
| | *Expand Transaction 64 with description : DEPOSIT MADE IN A BRANCH/STORE #651234465* | | | |
| 06/08/15 | DEPOSIT MADE IN A BRANCH/STORE #651234465　( View Details) | $100.00 | | |
| | *Expand Transaction 65 with description : AGRI TREAS 310 FED SAL 060815 XXXXX4000 WESLIE S TOMLIN* | | | |
| 06/08/15 | AGRI TREAS 310 FED SAL 060815 XXXXX4000 WESLIE S TOMLIN | $1,538.48 | | |
| | *Expand Transaction 66 with description : eDeposit in Branch/Store 06/05/15 04:22:55 PM 246 12TH ST OGDEN UT 4989* | | | |
| 06/05/15 | eDeposit in Branch/Store 06/05/15 04:22:55 PM 246 12TH ST OGDEN UT 4989　( View Details) | $160.00 | | $516.88 |
| | *Expand Transaction 67 with description : ASSOCIATED FOOD PAYROLL 150605 07947 Tomlin Kevin* | | | |
| 06/05/15 | ASSOCIATED FOOD PAYROLL 150605 07947 Tomlin Kevin | $270.00 | | |
| | *Expand Transaction 68 with description : PURCHASE AUTHORIZED ON 06/04 GORDMANS INC. ST 1101 Riverdale UT P00305155793758928 CARD 0738* | | | |
| 06/04/15 | PURCHASE AUTHORIZED ON 06/04 GORDMANS INC. ST 1101 Riverdale UT P00305155793758928 CARD 0738 | | $79.17 | $86.88 |
| | *Expand Transaction 69 with description : ASSOCIATED FOOD PAYROLL 150604 07947 Tomlin Kevin* | | | |
| 06/04/15 | ASSOCIATED FOOD PAYROLL 150604 07947 Tomlin Kevin | $270.00 | | |
| | *Expand Transaction 70 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 06/03 $623.90 FB P-C Ins RDP Paymen 150527 FBMINS012357 487 TOMLINWESLIE* | | | |
| 06/04/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 06/03 $623.90 FB P-C Ins RDP Paymen 150527 FBMINS012357 487 TOMLINWESLIE | | $35.00 | |
| | *Expand Transaction 71 with description : PREAUTHORIZED DEBIT REVERSAL* | | | |
| 06/04/15 | PREAUTHORIZED DEBIT REVERSAL | $623.90 | | |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 06/03/15 | Expand Transaction 72 with description : FB P-C Ins RDP Paymen 150527 FBMINS012357487 TOMLINWESLIE<br>FB P-C Ins RDP Paymen 150527 FBMINS012357487 TOMLINWESLIE | $623.90 | -$692.85 |
| 06/02/15 | Expand Transaction 73 with description : OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/01 $36.94 PURCHASE AUTHORI ZED ON 05/28 WATCHEZ 1866813877 18668138<br>OVERDRAFT FEE FOR A TRANSACTION POSTED ON 06/01 $36.94 PURCHASE AUTHORI ZED ON 05/28 WATCHEZ 1866813877 18668138 | $35.00 | -$68.95 |
| 06/01/15 | Expand Transaction 74 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S585147850445208 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S585147850445208 CARD 0738 | $36.94 | -$33.95 |
| 06/01/15 | Expand Transaction 75 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S385147798316472 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S385147798316472 CARD 0738 | $24.95 | |
| 06/01/15 | Expand Transaction 76 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S305147749942297 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S305147749942297 CARD 0738 | $99.93 | |
| 06/01/15 | Expand Transaction 77 with description : PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S465147723423516 CARD 0738<br>PURCHASE AUTHORIZED ON 05/28 WATCHEZ 1866813877 18668138776 AJ S465147723423516 CARD 0738 | $49.98 | |
| 05/29/15 | Expand Transaction 78 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/28 $623.90 FB P-C Ins Payment 150527 FBMINS012357 487 TOMLINWESLIE<br>NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/28 $623.90 FB P-C Ins Payment 150527 FBMINS012357 487 TOMLINWESLIE | $35.00 | $177.85 |
| 05/29/15 | Expand Transaction 79 with description : PREAUTHORIZED DEBIT REVERSAL<br>PREAUTHORIZED DEBIT REVERSAL | $623.90 | |
| 05/28/15 | Expand Transaction 80 with description : FB P-C Ins Payment 150527 FBMINS012357487 TOMLINWESLIE<br>FB P-C Ins Payment 150527 FBMINS012357487 TOMLINWESLIE | $623.90 | -$411.05 |
| 05/27/15 | Expand Transaction 81 with description : PURCHASE AUTHORIZED ON 05/27 HARMONS - ROY ROY UT P00585147781719147 CARD 0738<br>PURCHASE AUTHORIZED ON 05/27 HARMONS - ROY ROY UT P00585147781719147 CARD 0738 | $29.33 | $212.85 |
| 05/27/15 | Expand Transaction 82 with description : PURCHASE AUTHORIZED ON 05/26 primegiftsshop.com +18775679480 CY S005146138978112 CARD 0738<br>PURCHASE AUTHORIZED ON 05/26 primegiftsshop.com +18775679480 CY | $49.95 | |

S005146138978112 CARD 0738

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Expand Transaction 83 with description : PURCHASE AUTHORIZED ON 05/26 giftevery1.com +18888217677 CY S085146129062705 CARD 0738 | | |
| 05/27/15 | PURCHASE AUTHORIZED ON 05/26 giftevery1.com +18888217677 CY S085146129062705 CARD 0738 | $49.95 | |
| | Expand Transaction 84 with description : PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S585146422531343 CARD 0738 | | |
| 05/27/15 | PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S585146422531343 CARD 0738 | $99.96 | |
| | Expand Transaction 85 with description : PURCHASE AUTHORIZED ON 05/25 KNIGHTS MATTRESS O OGDEN UT S305145804265302 CARD 0738 | | |
| 05/27/15 | PURCHASE AUTHORIZED ON 05/25 KNIGHTS MATTRESS O OGDEN UT S305145804265302 CARD 0738 | $100.00 | |
| | Expand Transaction 86 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/26 $316.15 VZ WIRELESS VW VZW WEBPAY 150517 8804440 WESLIE *TOMLIN | | |
| 05/27/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/26 $316.15 VZ WIRELESS VW VZW WEBPAY 150517 8804440 WESLIE *TOMLIN | $35.00 | |
| | Expand Transaction 87 with description : PREAUTHORIZED DEBIT REVERSAL | | |
| 05/27/15 | PREAUTHORIZED DEBIT REVERSAL | $316.15 | |
| | Expand Transaction 88 with description : VZ WIRELESS VW VZW WEBPAY 150517 8804440 WESLIE *TOMLIN | | |
| 05/26/15 | VZ WIRELESS VW VZW WEBPAY 150517 8804440 WESLIE *TOMLIN | $316.15 | $260.89 |
| | Expand Transaction 89 with description : PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S585146189245699 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S585146189245699 CARD 0738 | $149.92 | |
| | Expand Transaction 90 with description : PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S585146172848563 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S585146172848563 CARD 0738 | $99.94 | |
| | Expand Transaction 91 with description : PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S465146164293023 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S465146164293023 CARD 0738 | $99.99 | |
| | Expand Transaction 92 with description : PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S305146149696923 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/26 WATCHEZ 1866813877 18668138776 AJ S305146149696923 CARD 0738 | $49.99 | |

| Date | Description | Amount | Amount |
|------|-------------|--------|--------|
| | Expand Transaction 93 with description : PURCHASE AUTHORIZED ON 05/25 ROSS STORE #504 RIVERDALE UT P0000000346300986 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/25 ROSS STORE #504 RIVERDALE UT P0000000346300986 CARD 0738 | $18.17 | |
| | Expand Transaction 94 with description : PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/23 SAMS CLUB SAM'S Club RIVERDALE UT P00000000257601064 CARD 0738 | | |
| 05/26/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/23 SAMS CLUB SAM'S Club RIVERDALE UT P00000000257601064 CARD 0738 | $67.37 | |
| | Expand Transaction 95 with description : PURCHASE AUTHORIZED ON 05/23 RC WILLEY RIVERDALE RIVERDALE UT P00585143849999564 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 RC WILLEY RIVERDALE RIVERDALE UT P00585143849999564 CARD 0738 | $347.18 | |
| | Expand Transaction 96 with description : PURCHASE AUTHORIZED ON 05/23 BDO OUTLET OGDEN UT P00305143830243985 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 BDO OUTLET OGDEN UT P00305143830243985 CARD 0738 | $59.74 | |
| | Expand Transaction 97 with description : PURCHASE AUTHORIZED ON 05/23 TRIPLE STOP ROY UT S585143757779354 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 TRIPLE STOP ROY UT S585143757779354 CARD 0738 | $30.24 | |
| | Expand Transaction 98 with description : PURCHASE AUTHORIZED ON 05/23 WATCHEZ 1866813877 18668138776 AJ S385143576988786 CARD 0738 | | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 WATCHEZ 1866813877 18668138776 AJ S385143576988786 CARD 0738 | $49.96 | |
| | Expand Transaction 99 with description : AGRI TREAS 310 FED SAL 052615 XXXXX4000 WESLIE S TOMLIN | | |
| 05/26/15 | AGRI TREAS 310 FED SAL 052615 XXXXX4000 WESLIE S TOMLIN | $1,546.50 | |
| | Expand Transaction 100 with description : PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S465142241585667 CARD 0738 | | |
| 05/22/15 | PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S465142241585667 CARD 0738 | $24.95 | $3.04 |
| | Expand Transaction 101 with description : PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S305142174504912 CARD 0738 | | |
| 05/22/15 | PURCHASE AUTHORIZED ON 05/22 WATCHEZ 1866813877 18668138776 AJ S305142174504912 CARD 0738 | $24.99 | |
| | Expand Transaction 102 with description : RCAPSERVICESLP AMERIQUEST 150520 000000605178020 TOMLIN, WESLIE | | |
| 05/21/15 | RCAPSERVICESLP AMERIQUEST 150520 000000605178020 TOMLIN, WESLIE | $300.00 | $52.98 |

**05/21/15**    Expand Transaction 103 with description : PURCHASE AUTHORIZED ON 05/21 WATCHEZ 1866813877 18668138776 AJ S465140719590023 CARD 0738    $24.99

PURCHASE AUTHORIZED ON 05/21 WATCHEZ 1866813877 18668138776 AJ S465140719590023 CARD 0738

Expand Transaction 104 with description : eDeposit in Branch/Store 05/21/15 03:08:42 PM 5603 S 1900 W ROY UT 4989

**05/21/15**    eDeposit in Branch/Store 05/21/15 03:08:42 PM $80.00 5603 S 1900 W ROY UT 4989    ( View Details)

Expand Transaction 105 with description : ASSOCIATED FOOD PAYROLL 150521 07947 Tomlin Kevin

**05/21/15**    ASSOCIATED FOOD PAYROLL 150521 $270.00 07947 Tomlin Kevin

Expand Transaction 106 with description : PURCHASE AUTHORIZED ON 05/20 WATCHEZ 1866813877 18668138776 AJ S305140176020580 CARD 0738

**05/20/15**    PURCHASE AUTHORIZED ON 05/20 $44.94    $27.97 WATCHEZ 1866813877 18668138776 AJ S305140176020580 CARD 0738

Expand Transaction 107 with description : PURCHASE AUTHORIZED ON 05/20 WATCHEZ 1866813877 18668138776 AJ S465139788323323 CARD 0738

**05/20/15**    PURCHASE AUTHORIZED ON 05/20 $49.93 WATCHEZ 1866813877 18668138776 AJ S465139788323323 CARD 0738

Expand Transaction 108 with description : PURCHASE AUTHORIZED ON 05/18 WATCHEZ 1866813877 18668138776 AJ S585138349402986 CARD 0738

**05/20/15**    PURCHASE AUTHORIZED ON 05/18 $74.91 WATCHEZ 1866813877 18668138776 AJ S585138349402986 CARD 0738

Expand Transaction 109 with description : PURCHASE AUTHORIZED ON 05/18 WATCHEZ 1866813877 18668138776 AJ S465138321351498 CARD 0738

**05/19/15**    PURCHASE AUTHORIZED ON 05/18 $49.96    $197.75 WATCHEZ 1866813877 18668138776 AJ S465138321351498 CARD 0738

Expand Transaction 110 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305136761821529 CARD 0738

**05/19/15**    PURCHASE AUTHORIZED ON 05/17 $74.94 WATCHEZ 1866813877 18668138776 AJ S305136761821529 CARD 0738

Expand Transaction 111 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305137633215450 CARD 0738

**05/19/15**    PURCHASE AUTHORIZED ON 05/17 $49.94 WATCHEZ 1866813877 18668138776 AJ S305137633215450 CARD 0738

Expand Transaction 112 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S305137593056387 CARD 0738

**05/19/15**    PURCHASE AUTHORIZED ON 05/17 $99.94 WATCHEZ 1866813877 18668138776 AJ S305137593056387 CARD 0738

Expand Transaction 113 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137565418050 CARD 0738

| Date | Description | | |
|---|---|---|---|
| 05/19/15 | PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137565418050 CARD 0738 | | $99.99 |
| | Expand Transaction 114 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137554128636 CARD 0738 | | |
| 05/19/15 | PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137554128636 CARD 0738 | | $74.91 |
| | Expand Transaction 115 with description : PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137274057631 CARD 0738 | | |
| 05/19/15 | PURCHASE AUTHORIZED ON 05/17 WATCHEZ 1866813877 18668138776 AJ S585137274057631 CARD 0738 | | $74.98 |
| | Expand Transaction 116 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $316.15 VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN | | |
| 05/19/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $316.15 VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN | | $35.00 |
| | Expand Transaction 117 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $300.00 RCAPSERVICESLP AMERIQUEST 150515 000000604069 132 TOMLIN, WESLIE | | |
| 05/19/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/18 $300.00 RCAPSERVICESLP AMERIQUEST 150515 000000604069 132 TOMLIN, WESLIE | | $35.00 |
| | Expand Transaction 118 with description : PREAUTHORIZED DEBIT REVERSAL | | |
| 05/19/15 | PREAUTHORIZED DEBIT REVERSAL | $316.15 | |
| | Expand Transaction 119 with description : PREAUTHORIZED DEBIT REVERSAL | | |
| 05/19/15 | PREAUTHORIZED DEBIT REVERSAL | $300.00 | |
| | Expand Transaction 120 with description : VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN | | |
| 05/18/15 | VZ WIRELESS VW VZW WEBPAY 150516 8804440 WESLIE *TOMLIN | $316.15 | $176.26 |
| | Expand Transaction 121 with description : RCAPSERVICESLP AMERIQUEST 150515 000000604069132 TOMLIN, WESLIE | | |
| 05/18/15 | RCAPSERVICESLP AMERIQUEST 150515 000000604069132 TOMLIN, WESLIE | | $300.00 |
| | Expand Transaction 122 with description : PURCHASE AUTHORIZED ON 05/16 TRIPLE STOP ROY UT S385136767247672 CARD 0738 | | |
| 05/18/15 | PURCHASE AUTHORIZED ON 05/16 TRIPLE STOP ROY UT S385136767247672 CARD 0738 | | $25.13 |
| | Expand Transaction 123 with description : PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S305135243462682 CARD 0738 | | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776 AJ S305135243462682 CARD 0738 | | $107.98 | $817.54 |

Expand Transaction 124 with description : PURCHASE
AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776
AJ S465134833291332 CARD 0738

**05/15/15**    PURCHASE AUTHORIZED ON 05/15      $74.97
WATCHEZ 1866813877 18668138776 AJ
S465134833291332 CARD 0738

Expand Transaction 125 with description : PURCHASE
AUTHORIZED ON 05/15 WATCHEZ 1866813877 18668138776
AJ S385135262625813 CARD 0738

**05/15/15**    PURCHASE AUTHORIZED ON 05/15      $299.94
WATCHEZ 1866813877 18668138776 AJ
S385135262625813 CARD 0738

Expand Transaction 126 with description : PURCHASE
AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776
AJ S585134020212193 CARD 0738

**05/15/15**    PURCHASE AUTHORIZED ON 05/14      $74.98
WATCHEZ 1866813877 18668138776 AJ
S585134020212193 CARD 0738

Expand Transaction 127 with description : PURCHASE
AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776
AJ S305133727873664 CARD 0738

**05/15/15**    PURCHASE AUTHORIZED ON 05/14      $74.91
WATCHEZ 1866813877 18668138776 AJ
S305133727873664 CARD 0738

Expand Transaction 128 with description : PURCHASE
AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776
AJ S585133693769333 CARD 0738

**05/15/15**    PURCHASE AUTHORIZED ON 05/14      $49.94
WATCHEZ 1866813877 18668138776 AJ
S585133693769333 CARD 0738

Expand Transaction 129 with description : PURCHASE
AUTHORIZED ON 05/14 WATCHEZ 1866813877 18668138776
AJ S585134615220754 CARD 0738

**05/15/15**    PURCHASE AUTHORIZED ON 05/14      $49.99
WATCHEZ 1866813877 18668138776 AJ
S585134615220754 CARD 0738

Expand Transaction 130 with description : PURCHASE
AUTHORIZED ON 05/13 WINEGAR'S ROY UT
P00465134163521782 CARD 0738

**05/14/15**    PURCHASE AUTHORIZED ON 05/13      $15.28      $1,550.25
WINEGAR'S ROY UT P00465134163521782
CARD 0738

Expand Transaction 131 with description : PURCHASE
AUTHORIZED ON 05/13 FB P-C INS *PAYME 866-399-FBFS
IA S305133713039365 CARD 0738

**05/14/15**    PURCHASE AUTHORIZED ON 05/13 FB P-C      $500.00
INS *PAYME 866-399-FBFS IA
S305133713039365 CARD 0738

Expand Transaction 132 with description : eDeposit in
Branch/Store 05/14/15 04:40:00 PM 5603 S 1900 W ROY UT
4989

**05/14/15**    eDeposit in Branch/Store 05/14/15 04:40:00 PM $1,300.00
5603 S 1900 W ROY UT 4989    ( View
Details )

Expand Transaction 133 with description : PURCHASE
AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776
AJ S385130167721211 CARD 0738

**05/13/15**    PURCHASE AUTHORIZED ON 05/10      $89.94      $765.53
WATCHEZ 1866813877 18668138776 AJ
S385130167721211 CARD 0738

| | | | |
|---|---|---|---|
| | Expand Transaction 134 with description : PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129810730050 CARD 0738 | | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129810730050 CARD 0738 | $99.92 | |
| | Expand Transaction 135 with description : PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129786834533 CARD 0738 | | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S465129786834533 CARD 0738 | $99.99 | |
| | Expand Transaction 136 with description : PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S385129702450502 CARD 0738 | | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/10 WATCHEZ 1866813877 18668138776 AJ S385129702450502 CARD 0738 | $74.92 | |
| | Expand Transaction 137 with description : PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129184119692 CARD 0738 | | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129184119692 CARD 0738 | $74.91 | |
| | Expand Transaction 138 with description : PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129306325926 CARD 0738 | | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/09 WATCHEZ 1866813877 18668138776 AJ S385129306325926 CARD 0738 | $39.92 | |
| | Expand Transaction 139 with description : eDeposit in Branch/Store 05/13/15 01:01:48 PM 5603 S 1900 W ROY UT 4989 | | |
| 05/13/15 | eDeposit in Branch/Store 05/13/15 01:01:48 PM 5603 S 1900 W ROY UT 4989    ( View Details ) | $800.00 | |
| | Expand Transaction 140 with description : NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/12 $240.48 GCS 800-398-7191 DepositTrn 150511 000000025019 077 Weslie Tomlin | | |
| 05/13/15 | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 05/12 $240.48 GCS 800-398-7191 DepositTrn 150511 000000025019 077 Weslie Tomlin | $35.00 | |
| | Expand Transaction 141 with description : PREAUTHORIZED DEBIT REVERSAL | | |
| 05/13/15 | PREAUTHORIZED DEBIT REVERSAL | $240.48 | |
| | Expand Transaction 142 with description : GCS 800-398-7191 DepositTrn 150511 000000025019077 Weslie Tomlin | | |
| 05/12/15 | GCS 800-398-7191 DepositTrn 150511 000000025019077 Weslie Tomlin | $240.48 | $239.65 |
| | Expand Transaction 143 with description : Cash eWithdrawal in Branch/Store 05/09/2015 1:16 PM 5603 S 1900 W ROY UT 0738 | | |
| 05/11/15 | Cash eWithdrawal in Branch/Store 05/09/2015 1:16 PM 5603 S 1900 W ROY UT 0738 | $1,100.00 | $480.13 |
| | Expand Transaction 144 with description : PURCHASE AUTHORIZED ON 05/09 KENT'S FOODS ROY UT P00385129760554258 CARD 0738 | | |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/09 KENT'S FOODS ROY UT P00385129760554258 CARD 0738 | $47.14 | |

| Date | Description | | | |
|------|-------------|---|---|---|
| | Expand Transaction 145 with description : PURCHASE AUTHORIZED ON 05/09 SAMS CLUB SAM'S Club RIVERDALE UT P0000000243566691 CARD 0738 | | | |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/09 SAMS CLUB SAM'S Club RIVERDALE UT P0000000243566691 CARD 0738 | | $73.74 | |
| | Expand Transaction 146 with description : AGRI TREAS 310 FED SAL 051115 XXXXX4000 WESLIE S TOMLIN | | | |
| 05/11/15 | AGRI TREAS 310 FED SAL 051115 XXXXX4000 WESLIE S TOMLIN | $1,552.51 | | |
| | Expand Transaction 147 with description : PURCHASE AUTHORIZED ON 05/07 FLYING J #744 OGDEN UT P00305128169353187 CARD 0738 | | | |
| 05/08/15 | PURCHASE AUTHORIZED ON 05/07 FLYING J #744 OGDEN UT P00305128169353187 CARD 0738 | | $21.00 | $148.50 |
| | Expand Transaction 148 with description : PURCHASE AUTHORIZED ON 05/07 Wal-Mart Super Center OGDEN UT P00305128163561123 CARD 0738 | | | |
| 05/08/15 | PURCHASE AUTHORIZED ON 05/07 Wal-Mart Super Center OGDEN UT P00305128163561123 CARD 0738 | | $82.10 | |
| | Expand Transaction 149 with description : PURCHASE AUTHORIZED ON 05/07 AF*SECURE PROPERTY 801-663-2200 CA S585127643692932 CARD 0738 | | | |
| 05/08/15 | PURCHASE AUTHORIZED ON 05/07 AF*SECURE PROPERTY 801-663-2200 CA S585127643692932 CARD 0738 | | $25.00 | |
| | **Totals** | $15,363.61 | $15,529.29 | |

start of dialog

# Dialog





end of dialog

< Previous | 1 | 2 | Next >
(150 transactions per page)

Use the menu above to view account history since 03/24/2015 for this account. View more account history through Online Statements.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Account Summary | Account Activity | My Money Map | Statements & Documents
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.
start of dialog

# Dialog

end of dialog



Search

Use up and down arrows to navigate suggestions. [Search_____]   [Product Search]

[Sign Off](#) | [Home](#) | [Locations](#) | [Contact Us](#) | [Español](#) | [Online Security Guarantee](#)

Wells Fargo Online

[Accounts](#)  [Bill Pay](#)  [Transfers](#)  [Brokerage](#)  [Account Services](#)  [Messages & Alerts](#)  [Products & Offers](#)
[Account Summary](#)  [Account Activity](#)  [My Money Map](#)  [Statements & Documents](#)

# Account Activity   [Set your overdraft services preference today](#)

For optimal viewing of the Wells Fargo Web site, we recommend that you enable CSS.

Account   [ EVERYDAY CHECKING XXXXXX4989 ▾]   [Go]
[Show](#)[Account and Routing Numbers](#)
EVERYDAY CHECKING XXXXXX4989
[Help](#)
[Print this page](#)

**Account Information**

- Wells Fargo Everyday Checking
- [Create Nickname](#)
- [View Account Profile](#)
- [View Debit Card Profile](#)
- [View Monthly Service Fee](#)

Weslie,

[Build credit history with a Wells Fargo Secured Card. Learn More.](#)

**I Want To ...**